(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>  Double D Mechanical, Inc | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>  d/b/a AAA Water Heaters | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): ; EIN: 36-4158374 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>  6933 Elm Avenue<br>  Loves Park, IL  61111 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:     Winnebago | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>  % David Hendrix, Jr.<br>  6397 Garrett Lane<br>  Rockford, IL  61107 | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | Attorney:  Bernard J. Natale, Illinois 2018683<br>Bernard J. Natale, Ltd.<br>308 W. State St.<br>Suite 470<br>Rockford, IL  61101  ph: 815/964-4700 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s)   ☐ Railroad | | ☑ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 |
| ☑ Corporation   ☐ Stockbroker | | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership   ☐ Commodity Broker | | ☐ |
| ☐ Other   ☐ Clearing Bank | | |

**Nature of Debts** (Check one box)

☐ Consumer/Non-Business     ☑ Business

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101

☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(c) (Optional)

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 1.7.0-604 - 30204

(Official Form 1) (12/03)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Double D Mechanical, Inc |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:    NONE | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>David Hendrix, Sr. and Vicky Hendrix | Case Number: | Date Filed: |
| District:<br>ND Il WD | Relationship:<br>Owner | Judge:<br>Barbosa |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

BERNARD J. NATALE Illinois 2018683
Printed Name of Attorney for Debtor(s)

Bernard J. Natale, Ltd.
Firm Name

308 W. State St.
Address

Suite 470 Rockford, IL 61101

815/964-4700
Telephone Number

4-21-04
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X Vicki Hendrix
Signature of Authorized Individual

VICKY HENDRIX
Printed Name of Authorized Individual

President
Title of Authorized Individual

4-21-04
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)        Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 1.7.0-604 - 30204

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re  Double D Mechanical, Inc _____ _____ ,

               Debtor

Case No. _____ _____

Chapter ___ 7 _____ _____

## Voluntary Petition Continuation Sheet

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor | | |
|---|---|---|
| Name of Debtor:<br>    David Hendrix Jr and Deanna Hendrix | Case Number: | Date Filed: |
| District:<br>    ND Il WD | Relationship:<br>Owner | Judge:<br>Barbosa |

FORM B6A
(10/89)

In re ___Double D Mechanical, Inc_____     Case No. _____
                        Debtor                                              (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 6933 Elm Ave Loves Park, Il | Fee Simple | | 250,000 | Exceeds FMV |
| | | Total ▶ | 250,000 | |

(Report also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-604 - 30204

FORM B6B
(10/89)    Double D Mechanical, Inc

In re _____     Case No. _____
                              Debtor                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G- Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account - Bank One | | 8,700 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. ver. 3.7.9-664 - 20204

FORM B6B
(10/89)

In re    Double D Mechanical, Inc
_____    Case No. _____
                    Debtor                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | | Accounts Receivable at gross value | | 1,243,016 |
| 16. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Chrysler PT Cruiser | | 13,000 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-604 - 30204

FORM B6B
(10/89)

Double D Mechanical, Inc

In re _____   Case No. _____
            Debtor                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 2003 GMC Van | | 18,000 |
| | | 2003 GMC Van | | 18,000 |
| | | 2002 Ford F250 | | 22,400 |
| | | 2003 Ford F250 | | 14,000 |
| | | 2002 Ford Expedition | | 22,000 |
| | | 2002 Pontiac Grand Am | | 11,000 |
| | | 1993 Ford Pickup | | 500 |
| | | 2002 Office Trailer | | 2,500 |
| | | 1997 GMC Van | | 1,000 |
| | | 1996 Chevrolet pickup | | 1,500 |
| | | 1999 Ford pickup | | 10,000 |
| | | 1990 Office Trailer | | 500 |
| | | 2001 Dodge Dakota | | 2,000 |
| | | 2001 Ford F250 pickup | | 18,000 |
| | | 2001 Flatbed trailer | | 300 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | Normal Compliment of Office Equipment and Equipment Specific to Industry | | 25,000 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-604 - 39204

FORM B6B
(10/89)

In re _____ Double D Mechanical, Inc _____     Case No. _____
                    Debtor                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Estimated liquidation value | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | Tools and equipment<br>Estimated liquidation value | | 50,000 |
| 28. Inventory. | | Inventory<br>Estimated liquidation value | | 25,000 |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

_____0_____ continuation sheets attached

Total ▶ | $ | 1,506,416

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.6-684 - 30204

FORM B6C
(6/90)

In re _____Double D Mechanical, Inc_____
                              Debtor

Case No._____
                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐  11 U.S.C. §522(b)(1)   Exemptions provided in 11 U.S.C. §522(d).  Note:  These exemptions are available only in certain states.

☐  11 U.S.C. §522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile
                          has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the
                          180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the
                          extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Not Applicable. | | | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-604 - 30204

Form B6D
(12/03)

In re ___Double D Mechanical, Inc___,    Case No. _____

_____Debtor_____    _____(If known)_____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bank One<br>6000 E State St<br>Rockford, Il 61104 | | | Security: 6933 Elm Avenue - Loves Park, IL, 6968 Avalon Ct. - Rockford, IL and blanket business assets<br><br>VALUE $　　1,708,016 | | | | 617,000 | 0 |
| ACCOUNT NO. 450063672015<br><br>Bank One<br>6000 E. State St.<br>Rockford, IL  61108 | | | Security: 2002 Ford Expedition<br><br>VALUE $　　24,750 | | | | 6,022 | 0 |
| ACCOUNT NO. 450063672025<br><br>Bank One<br>6000 E. State Street<br>Rockford, IL  61108 | | | Security: 2002 Pontiac Grand Am<br><br>VALUE $　　13,075 | | | | 11,350 | 0 |
| ACCOUNT NO. 1002693351<br><br>Chrysler Financial<br>PO Box 2993<br>Milwaukee, WI  53201-2993 | | | Security: 2002 Chrysler PT Cruiser<br><br>VALUE $　　11,875 | | | | 10,393 | 0 |

_1_ continuation sheets attached

Subtotal ➤
(Total of this page)    $　　644,765

Total ➤
(Use only on last page)    $

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. ver 3.7.0x6x4 – 30204

Form B6D - Cont.
(12/03)

In re Double D Mechanical, Inc
_____,
Debtor

Case No. _____
(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 31171162<br><br>Ford Credit<br>PO Box 219825<br>Kansas City, MO  614121-9825 | | | Security: 2002 Ford F250<br><br><br>VALUE $          22,400 | | | | 12,121 | 0 |
| ACCOUNT NO. 32330576<br><br>Ford Credit<br>PO Box 219825<br>Kansas City, MO  64121-9825 | | | Security: 2003 Ford F250<br><br><br>VALUE $          24,300 | | | | 15,006 | 0 |
| ACCOUNT NO. 024-9023-05414<br><br>GMAC Payment Processing Center<br>PO Box 51014<br>Carol Stream, IL  60125-1014 | | | Security: 2003 GMC Van<br><br><br>VALUE $          15,025 | | | | 21,442 | 6,417 |
| ACCOUNT NO. 024-9034-28599<br><br>GMAC Payment Processing Center<br>PO Box 51014<br>Carol Stream, IL  60125-1014 | | | Security: 2003 GMC Van<br><br><br>VALUE $          15,025 | | | | 15,379 | 354 |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal ➤
(Total of this page)    $          63,948

Total ➤
(Use only on last page)    $          708,713

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. ver. 3.7.0-604 - 30284

Form B6E
(12/03)

In re Double D Mechanical, Inc _____ ,     Case No. _____
                       Debtor                                                               (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☑   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☑   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐   **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐   **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

\* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                    9   continuation sheets attached

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. ver. 3.7.0-604 - 3/02/04

Form B6E - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,          Case No. _____
          **Debtor**                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)          Wages, Salaries & Commissions

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Brad Akelaitis<br>4914 Soverign Blvd.<br>Rockford, IL  61108 | | | | | | | 6,823 | 2,872 |
| ACCOUNT NO.<br><br>Bruce W. Storm<br>2328  10th Avenue<br>Rockford, IL  61104 | | | | | | | 2,114 | 2,114 |
| ACCOUNT NO.<br><br>Bryan Wilhelmi<br>8041 Hawk Trail Close<br>Machesney Park, IL  61115 | | | | | | | 1,860 | 1,860 |
| ACCOUNT NO.<br><br>Curtis L. Lamm<br>1226 Hillcrest Lane<br>Freeport, IL  61032 | | | | | | | 7,416 | 7,416 |
| ACCOUNT NO.<br><br>Dan Cruz<br>PO Box 436<br>Sterling, IL  61081 | | | | | | | 5,176 | 5,176 |

Sheet no. _1_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ | $  23,389
(Total of this page)
Total ➤ | $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

*Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.9-604 - 30204*

Form B6E - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,   Case No. _____
                Debtor                                                         (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Wages, Salaries & Commissions

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>David C. Lake<br>3803 S. Main Road<br>Rockford, IL  61102 | | | | | | | 8,765 | 2,665 |
| ACCOUNT NO.<br><br>David S. Bryant<br>3153 W. Lightsville Rd.<br>Leaf River, IL 61047 | | | | | | | 1,956 | 1,956 |
| ACCOUNT NO.<br><br>David W. Hendrix, Jr.<br>6397 Garrett Lane<br>Rockford, IL 61107 | | | | | | | 1,242 | 1,242 |
| ACCOUNT NO.<br><br>David W. Hendrix, Sr.<br>6968 Avalon Circle<br>Rockford, IL  61108 | | | | | | | 1,242 | 1,242 |
| ACCOUNT NO.<br><br>Dennis M. Hendrix<br>6268 Briar Patch Lane<br>Rockford, IL  61111 | | | | | | | 3,407 | 3,407 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-604 - 30204

Sheet no. _2_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ | $ | 16,612
(Total of this page)

Total ➤ | $ |
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Form B6E - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,   Case No. _____
             Debtor                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, Salaries & Commissions

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Doug Swanson 11939 Lanark Court Caledonia, IL 61011 | | | | | | | Unknown | Unknown |
| ACCOUNT NO. Edward Woods 20032 Cyclone Ridge Road Mt. Carroll, IL 61053 | | | | | | | 7,192 | 7,192 |
| ACCOUNT NO. Gregory G. Watson 2020 Hillsdown Road Davis, IL 61019 | | | | | | | 2,981 | 2,981 |
| ACCOUNT NO. James M. Arnold 20c Etnyre Avenue Oregon, IL 61061 | | | | | | | 2,716 | 1,584 |
| ACCOUNT NO. James S. Reeverts 9065 Hedge Road Byron, IL 61010 | | | | | | | 3,825 | 3,825 |

Sheet no. _3_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ | $ 16,714
(Total of this page)
Total ➤ | $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-604 – 30204

Form B6E - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,        Case No. _____
                         **Debtor**                                               (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)            Wages, Salaries & Commissions

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| Jeffrey L. Bivins PO Box 873 Byron, IL  61010 | | | | | | | 3,075 | 1,849 |
| ACCOUNT NO. | | | | | | | | |
| Jeremy J. Mathews 3733 S. Walnut Road Freeport, IL  61032 | | | | | | | 1,444 | 1,444 |
| ACCOUNT NO. | | | | | | | | |
| Karla Hrlugson 5901 Linden Road Rockford, IL  61108 | | | | | | | 448 | 448 |
| ACCOUNT NO. | | | | | | | | |
| Mark Verschoore 1630  19th Avenue Moline, IL  61265 | | | | | | | 4,991 | 4,991 |
| ACCOUNT NO. | | | | | | | | |
| Matt Pojar 1512  14th St. Bettendorf, IA  51722 | | | | | | | 3,853 | 3,853 |

Sheet no. __4__ of __9__ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤    $    13,811
(Total of this page)

Total ➤    $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. - ver. 3.7.0-604 - 26204

Form B6E - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,    Case No. _____
        Debtor                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Wages, Salaries & Commissions

### TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| Michael Williams 834 Crestview Court Rockton, IL 61072 | | | | | | | 1,342 | 1,342 |
| ACCOUNT NO. | | | | | | | | |
| Mike Wethington 10410 Flagg Road Rochelle, IL 61068 | | | | | | | 3,075 | 1,849 |
| ACCOUNT NO. | | | | | | | | |
| Patrick M. Trollop 9939 Jesters Row Roscoe, IL 61073 | | | | | | | 825 | 825 |
| ACCOUNT NO. | | | | | | | | |
| Paul Geiken 1913 Devon Court Freeport, IL 61032 | | | | | | | 994 | 994 |
| ACCOUNT NO. | | | | | | | | |
| Ralph Awender 2512 W. Fairgrounds Road Freeport, IL 61032 | | | | | | | Unknown | Unknown |

Sheet no. _5_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤   $  6,236
(Total of this page)

Total ➤   $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Form B6E - Cont.
(12/03)

Double D Mechanical, Inc

In re _____ ,    Case No. _____

Debtor                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Wages, Salaries & Commissions

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Randy Garrett <br> 2002 17th St. <br> Rock Island, IL  61210 | | | | | | | 3,501 | 3,501 |
| ACCOUNT NO. <br><br> Rick Reavis <br> 5233 Frankies <br> Roscoe, IL  61073 | | | | | | | Unknown | Unknown |
| ACCOUNT NO. <br><br> Robert R. Wilhelmi <br> 8041 Hawk Trail Close <br> Machesney Park, IL 61115 | | | | | | | 1,860 | 1,860 |
| ACCOUNT NO. <br><br> Scott Boeke <br> 2780 South Street <br> Scioto Mills, IL  61076 | | | | | | | 7,818 | 7,818 |
| ACCOUNT NO. <br><br> Tom Brown <br> 4852 Crofton <br> Rockford, IL 61114 | | | | | | | Unknown | Unknown |

Sheet no. _6_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ | $ 13,179
(Total of this page)
Total ➤ | $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-604 - 30204

Form B6E - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,        Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)                    Wages, Salaries & Commissions

                                                    **TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Tom Kyarsgaard <br> 1222  475th Avenue <br> Sabula, IA  52070 | | | | | | | 5,399 | 5,399 |
| ACCOUNT NO. <br><br><br> | | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | | |

Sheet no. _7_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ | $ | 5,399
(Total of this page)
Total ➤ | $ |
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Form B6E - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,    Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)            Contributions to Employee...

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Northern Illinois Benefit Funds - Local 501 <br> 1295 Butterfield Road <br> Aurora, IL  60504-7305 | | | | | | | 1,107 | 1,107 |
| ACCOUNT NO. <br> Piping Industry Council <br> 4711  44th Avenue - Suite 2 <br> Rock Island, IL  61201 | | | | | | | Unknown | Unknown |
| ACCOUNT NO. <br> Plumbers & Pipefitters Local #23 <br> 4525 Boeing Drive <br> Rockford, IL  61109 | | | | | | | 77,725 | 77,725 |
| ACCOUNT NO. <br> Plumbers and Pipefitters Local #25 <br> 4600  46th Avenue <br> Rock Island, IL  61201 | | | | | | | 18,729 | 18,729 |
| ACCOUNT NO. <br> Plumbers and Pipefitters National Pension Fund <br> PO Box 62031 <br> Baltimore, MD  21264-2031 | | | | | | | 1,474 | 1,474 |

Sheet no. __8__ of __9__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤ | $ | 99,035
(Total of this page)

Total ➤ | $ |
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.1b-604 - 30204

Form B6E - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,          Case No. _____
                    **Debtor**                                          **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)            Taxes & Debts to Governments

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>IDES - Northern Region<br>260 East Indian Trail Road<br>Aurora, IL  60505-1733 | | | Incurred: 4th qtr 03 & 1st qtr 04 | | | | 23,073 | 0 |
| ACCOUNT NO.<br><br>IL Dept of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago IL 60664-0338 | | | Incurred: 2003 & 2004<br>Consideration: Illinois Withholding | | | | 9,831 | 0 |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn Street<br>Chicago, IL 60604 | | | Incurred: 2003 and 2004<br>Consideration: Federal Unemployment Tax | | | | 2,000 | 0 |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn Street<br>Chicago, IL 60604 | | | Incurred: 3rd & 4th qtr 03 and 1st qtr 04 | | | | 327,395 | 0 |
| ACCOUNT NO.<br><br>Wisconsin Department of Revenue<br>Box 93931<br>Milwaukee, WI  53293-0931 | | | Incurred: Feb and March, 2004 | | | | 700 | 0 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-604 - 30204

Sheet no. _9_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

                                        Subtotal ➤  | $ | 362,999
                                (Total of this page)

                                        Total ➤     | $ | 557,374
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Form B6F (12/03)

In re ___Double D Mechanical, Inc_____,          Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Advantage Paging<br>1008 Elm Street<br>Rockford, IL 61102 | | | Consideration: Telephone | | | | 193 |
| ACCOUNT NO.<br>Appliance Service Center Milwaukee, Inc.<br>6843 West Beloit Rd.<br>West Allis, WI 53219 | | | Consideration: Material Supplier | | | | 158 |
| ACCOUNT NO.<br>Applied Controls, Inc.<br>30 W 270 Butterfield Road<br>Suite 115<br>Warrenville, IL 60555 | | | Consideration: Material Supplier | | | | 27,759 |
| ACCOUNT NO.<br>Austin Mechanical Sales, Inc.<br>6602 North Second St.<br>Loves Park, IL 61111 | | | Consideration: Material Supplier | | | | 40,312 |

_23___ continuation sheets attached

Subtotal ➤          $          68,422
(Total of this page)
Total ➤              $
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy©2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-604 - 30204

Form B6F - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,          Case No. _____
                    **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Autocare Center of Loves Park <br> 7906 Forest Hills Road <br> Loves Park, IL  61111 | | | Consideration: Auto Repairs | | | | 521 |
| ACCOUNT NO. <br><br> B&H Industries <br> 80 W. Seegers Rd. <br> Arlington Heights, IL  60005 | | | Consideration: Material Supplier | | | | 394 |
| ACCOUNT NO. <br><br> Barlow Mechanical Sales <br> PO Box 801 <br> Plainfield, IL  60544 | | | Consideration: Material Supplier | | | | 2,061 |
| ACCOUNT NO. <br><br> Blackhawk Cleaning Equipment Co. <br> 351 N. State St. <br> Franklin Grove, IL  61031 | | | | | | | 37 |
| ACCOUNT NO. <br><br> Blackhawk Communications <br> 1535 Windsor Rd. <br> Loves Park, IL  61111 | | | Consideration: Telephone | | | | 672 |

Sheet no. __1__ of _23_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 3,685
(Total of this page)
Total ➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-604 - 30204

Form B6F - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,        Case No. _____
                        **Debtor**                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Brimar Ind. <br> 64 OutwaterLane <br> Garfield, NJ 07026 | | | | | | | 1,058 |
| ACCOUNT NO. <br> Broadway Florist <br> 1010 Broadway <br> Rockford, IL 61104-1479 | | | Consideration: Advertising | | | | 99 |
| ACCOUNT NO. <br> Builders Plumbing & Heating Supply <br> 133 S. Rohlwing Rd. <br> Addison, IL 601091 | | | Consideration: Material Supplier | | | | 7,922 |
| ACCOUNT NO. <br> Cast Limited <br> 9822 Queen Oaks Drive <br> Machesney Park, IL 61115 | | | Consideration: Material Supplier | | | | 623 |
| ACCOUNT NO. <br> CB&K Supply <br> PO Box 1037 <br> Janesville, WI 53547-1037 | | | Consideration: Material Supplier | | | | 334 |

Sheet no. __2__ of _23_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 10,036
(Total of this page)

Total➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004 New Hope Software, Inc., ver. 3.7.1b-604 - 30204

Form B6F - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,     Case No. _____
                          **Debtor**                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Checks Unlimited <br> PO BOx 71400 <br> Colorado Springs, CO 80935 | | | Consideration: Office Supplies | | | | 431 |
| ACCOUNT NO. <br> Choice One Communications <br> PO Box 1927 <br> Albany, NY 12201-1927 | | | Consideration: Telephone | | | | 406 |
| ACCOUNT NO. <br> City of Rockford - City Hall Building <br> 524 E. State St. <br> Rockford, IL 61104 | | | Consideration: Building Permit | | | | 2,823 |
| ACCOUNT NO. <br> Cliff Soper Co. <br> PO Box 2257 <br> Rockford, IL 61131 | | | Consideration: Material Supplier | | | | 852 |
| ACCOUNT NO. <br> Climatic Control Co. <br> 5061 W. State St. <br> Milwaukee, WI 53208 | | | Consideration: Material Supplier | | | | 1,008 |

Sheet no. _3_ of _23_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤     $     5,520
(Total of this page)

Total ➤     $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-604 - 30204

Form B6F - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,          Case No. _____
                    **Debtor**                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Cochrane Compressor Co. <br> 4533 W. North Avenue <br> Melrose Park, IL  60160-1022 | | | Consideration: Material Supplier | | | | 707 |
| ACCOUNT NO. <br> Coleman Chemical, Inc. <br> 1315 S. LaSalle St. <br> Dept. 1332 <br> Chicago, IL  60674-1332 | | | Consideration: Material Supplier | | | | 238 |
| ACCOUNT NO. <br> Columbia Pipe & Supply Co. <br> 135 S. LaSalle St. <br> Dept. 1209 <br> Chicago, IL  60674-1209 | | | Consideration: Material Supplier | | | | 291,040 |
| ACCOUNT NO. <br> Connor Company <br> PO Box 5007 <br> Peoria, IL  61601-5007 | | | | | | | 884 |
| ACCOUNT NO. <br> Crescent Electric Supply Co. <br> PO Box 500 <br> East Dubuque, IL  61025-4420 | | | Consideration: Material Supplier | | | | 632 |

Sheet no. __4__ of _23_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)   $   293,501

Total ➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. - ver. 3.7.0-684 - 30204

Form B6F - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,          Case No. _____
                    **Debtor**                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>DeKalb Mechanical<br>420 Oak Street<br>DeKalb, IL  60115 | | | Consideration: Material Supplier | | | | 152,396 |
| ACCOUNT NO.<br>Driessen Construction Co.<br>PO Box 126<br>St. Charles, IL  60174 | | | Consideration: Material Supplier | | | | 5,683 |
| ACCOUNT NO.<br>Dynatech<br>PO Box 217<br>Grafton, OH  44044 | | | Consideration: Material Supplier | | | | 388 |
| ACCOUNT NO.<br>Engineering Services Mechanical Consulants<br>555 N. Court St. - Suite 103<br>Rockford, IL  61101 | | | Consideration: Material Supplier | | | | 968 |
| ACCOUNT NO.<br>Englewood Electrical Supply<br>PO Box 91700<br>Chicago, IL  60693 | | | Consideration: Material Supplier | | | | 1,110 |

Sheet no. _5_ of _23_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 160,545
(Total of this page)
Total ➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-684 - 30204

Form B6F - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,     Case No. _____
**Debtor**     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Exxon Mobile/GECC <br> PO Box 4575 <br> Carol Stream, IL  60197-4575 | | | Consideration: Material Supplier | | | | 1,047 |
| ACCOUNT NO. <br><br> Fastenal Company <br> PO Box 978 <br> Winona, MN  55987-0978 | | | Consideration: Material Supplier | | | | 1,806 |
| ACCOUNT NO. <br><br> Ferguson Enterprises, Inc. <br> 4558 Collections Center Drive <br> Chicago, IL  60693 | | | Consideration: Material Supplier | | | | 56,874 |
| ACCOUNT NO. <br><br> First Supply <br> PO Box 8124 <br> Madison, WI  53708-8124 | | | Consideration: Material Supplier | | | | 263 |
| ACCOUNT NO. <br><br> First USA Bank, NA <br> PO Box 8776 <br> Wilmington, DE  19899-8776 | | | Consideration: Credit Card | | | | 4,058 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-664 - 38204

Sheet no. __6__ of _23_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $    64,048
(Total of this page)

Total➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,        Case No. _____
                    **Debtor**                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Fischer Excavating, Inc.<br>1567 Heine Road<br>Freeport, IL 61032 | | | Consideration: Material Supplier | | | | 327 |
| **ACCOUNT NO.**<br><br>Fluid Air Products<br>7535 Plaza Court<br>Willowbrook, IL 60527 | | | Consideration: Material Supplier | | | | 18,391 |
| **ACCOUNT NO.**<br><br>Fox Valley Chlorinating Specialists, Inc.<br>245 W 134th St. Charles Road<br>Carol Stream, IL 60188 | | | Consideration: Material Supplier | | | | 8,643 |
| **ACCOUNT NO.**<br><br>Frink's Sewer Service, Inc.<br>PO Box 1004<br>Rockford, IL 61105 | | | Consideration: Material Supplier | | | | 2,538 |
| **ACCOUNT NO.**<br><br>G.W. Berkheimer Co.<br>PO Box 64894<br>Gary, IN 46401-0894 | | | Consideration: Material Supplier | | | | 101 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. - ver 3.7.0-664 - 30284

Sheet no. __7__ of _23_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 30,000
(Total of this page)
Total ➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,  Case No. _____
                    **Debtor**                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Great Lakes Treatment<br>5630 Eaton Highway<br>Sunfield, MI  48890 | | | Consideration: Material Supplier | | | | 625 |
| ACCOUNT NO.<br><br>Gustave A. Larson Company<br>Box 68-3006<br>Milwaukee, WI  53268-3006 | | | Consideration: Material Supplier | | | | 208 |
| ACCOUNT NO.<br><br>Hilti, Inc.<br>PO Box 382002<br>Pittsburgh, PA  15250-8002 | | | Consideration: Material Supplier | | | | 303 |
| ACCOUNT NO.<br><br>Holemaker Concrete Drilling & Sawing<br>1214 Capitol Drive - Unit #8<br>Addison, IL  60101 | | | Consideration: Material Supplier | | | | 5,348 |
| ACCOUNT NO.<br><br>Holian Insulation Co.<br>7508 Meyer Rd.<br>Spring Grove, IL  60081 | | | Consideration: Material Supplier | | | | 151,645 |

Sheet no. __8__ of _23_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)   $   158,129

Total ➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. ver. 3.7.0-604 - 30204

Form B6F - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,      Case No. _____
               Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Home Depot<br>PO Box 103047<br>Roswell, GA  30076 | | | Consideration: Material Supplier | | | | 2,834 |
| ACCOUNT NO.<br><br>Illinois Material Handling<br>2545 NW Parkway<br>Elgin, IL  60123 | | | Consideration: Material Supplier | | | | 972 |
| ACCOUNT NO.<br><br>Imbert Corporation<br>Dept. 20-1084<br>PO Box 5940<br>Carol Stream, IL  60197-5940 | | | Consideration: Material Supplier | | | | 163 |
| ACCOUNT NO.<br><br>International Test & Balance, Inc.<br>380 Northwest Highway<br>Des Plaines, IL  60016 | | | Consideration: Material Supplier | | | | 1,440 |
| ACCOUNT NO.<br><br>IWM<br>399 Hammond Avenue<br>Elgin, IL  60120 | | | Consideration: Material Supplier | | | | 4,100 |

Sheet no. 9 of 23 continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)    $        9,509

Total ➤    $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-604 - 30204

Form B6F - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,        Case No. _____
                    **Debtor**                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Johnson Controls, Inc.<br>Drawer 242<br>Milwaukee, WI 53278 | | | Consideration: Material Supplier | | | | 43,161 |
| ACCOUNT NO.<br><br>Johnstone Supply<br>3358 Pyramid Drive<br>Rockford, IL 61109 | | | Consideration: Material Supplier | | | | 2,273 |
| ACCOUNT NO.<br><br>Lamp, Inc.<br>460 N. Grove Avenue<br>Elgin, IL 60121-0865 | | | Consideration: Material Supplier | | | | 2,967 |
| ACCOUNT NO.<br><br>LCV<br>PO Box 1717<br>1111 S. Alpine Road - Ste, 400<br>Rockford, IL 61110-0217 | | | Consideration: Accounting Fees | | | | 10,630 |
| ACCOUNT NO.<br><br>Lennox Industries<br>PO Box 910549<br>Dallas, TX 75391-0549 | | | Consideration: Material Supplier | | | | 4,583 |

Sheet no. __10__ of __23__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)        $        63,614

Total ➤        $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-604 - 30204

Form B6F - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,      Case No. _____
                    **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Liebovich Steel & Aluminum Co. <br> 75 Remittance Drive <br> Suite 1514 <br> Chicago, IL  60675-1514 | | | Consideration: Material Supplier | | | | 372 |
| ACCOUNT NO. <br><br> LM Sheetmetal, Inc. <br> 6727 Elm Avenue <br> Loves Park, IL  61111 | | | Consideration: Material Supplier | | | | 320 |
| ACCOUNT NO. <br><br> Loescher Heating & Air Conditioning <br> 1860 S. Walnut Avenue <br> Freeport, IL  61032 | | | Consideration: Material Supplier | | | | 272,082 |
| ACCOUNT NO. <br><br> MacDonald Construction Services, Inc. <br> 308 Oak Leaf Road <br> Lake in the Hills, IL  60156 | | | Consideration: Material Supplier | | | | 3,640 |
| ACCOUNT NO. <br><br> McDermaid Roofing & Insulating Co. <br> 1229 Kishwaukee St. <br> Rockford, IL  61104 | | | Consideration: Material Supplier | | | | 23,300 |

Sheet no. _11_ of _23_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $   299,714
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-604 - 30204

Form B6F - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,     Case No. _____
                        **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mechanical Contractors Assoc. of America<br>1385 Piccarad Drive<br>Rockville, MD 20850-4340 | | | Consideration: Dues | | | | 125 |
| ACCOUNT NO.<br><br>Mechanical Equipment, Inc.<br>1000 Brown St. - Unit 106<br>Wauconda, IL 60084 | | | Consideration: Material Supplier | | | | 720 |
| ACCOUNT NO.<br><br>Mechanical Insulation Co., Inc.<br>PO Box 423<br>Kewaunee, IL 61443 | | | Consideration: Material Supplier | | | | 7,200 |
| ACCOUNT NO.<br><br>Meilner Mechanical Sales, Inc.<br>19 W. College Drive<br>Arlington Heights, Il. 60004-1954 | | | Consideration: Material Supplier | | | | 289 |
| ACCOUNT NO.<br><br>Meyer Material Company<br>PO Box 511<br>McHenry, IL 60051-0511 | | | Consideration: Material Supplier | | | | 172 |

Bankruptcy 2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-604 - 30204

Sheet no. _12_ of _23_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $    8,506
(Total of this page)

Total ➤    $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,      Case No. _____
Debtor                                                           (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Mike Fasula Concrete Construction, Inc. <br> 7832 Burden Road <br> Machesney Park, IL 61115 | | | Consideration: Material Supplier | | | | 825 |
| ACCOUNT NO. <br> Morgan Tire <br> PO Box 550653 <br> Tampa, FL 33655-0653 | | | Consideration: Material Supplier | | | | 21 |
| ACCOUNT NO. <br> Motion Industries, Inc. <br> PO Box 98412 <br> Chicago, IL 60693 | | | Consideration: Material Supplier | | | | 84 |
| ACCOUNT NO. <br> National Waterworks <br> PO Box 91036 <br> Chicago, IL 60693-1036 | | | Consideration: Material Supplier | | | | 1,167 |
| ACCOUNT NO. <br> Nextel Communications <br> PO Box 6220 <br> Carol Stream, IL 60197-6220 | | | Consideration: Telephone | | | | 4,678 |

Bankruptcy2004 ©1991-2004 - New Hope Software, Inc., ver. 3.7.0-604 - 30204

Sheet no. __13__ of __23__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 6,775
(Total of this page)
Total ➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

Double D Mechanical, Inc

In re _____ ,                    Case No. _____
                    **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. NIBCA 1111 S. Alpine Rd. - Suite 202 Rockford, IL 61108 | | | Consideration: Dues | | | | 65 |
| ACCOUNT NO. Nicholson Hardware PO Box 1718 Rockford, IL 61110-0218 | | | Consideration: Material Supplier | | | | 857 |
| ACCOUNT NO. NICOR - Credit Investigations PO Box 549 Aurora, IL 60507 | | | Consideration: Heating | | | | 33 |
| ACCOUNT NO. North Park Public Water District PO Box 966 Roscoe, IL 61073-0966 | | | Consideration: Material Supplier | | | | 45 |
| ACCOUNT NO. Office Copy Products 1920 Daimler Road PO Box 5223 Rockford, IL 61125 | | | Consideration: Office Supplies | | | | 294 |

Sheet no. 14 of 23 continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ (Total of this page) | $ | 1,294
Total➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,   Case No. _____
              **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Officemax Credit Plan<br>Dept. 58-3600933518<br>PO Box 9020<br>Des Moines, IA  50368-9020 | | | Consideration: Office Supplies | | | | 1,189 |
| ACCOUNT NO.<br><br>Pipefitters Local 597<br>45 North Ogden Avenue<br>Chicago, IL  60607-1885 | | | Consideration: Union Dues | | | | Unknown |
| ACCOUNT NO.<br><br>Plumbers & Pipefitters Local #25<br>4600  46th Avenue<br>Rock Island, IL  61201 | | | Consideration: Union Dues | | | | Unknown |
| ACCOUNT NO.<br><br>Plumbers Local No. 93<br>31855 North US Highway 12<br>Volo, IL  60073 | | | Consideration: Union Dues | | | | Unknown |
| ACCOUNT NO.<br><br>Plumbers Supply, Inc.<br>115 E. South Street<br>Freeport, IL  61032 | | | Consideration: Material Supplier | | | | 86 |

Sheet no. _15_ of _23_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   | $ | 1,275
(Total of this page)

Total ➤   | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

BestCase Bankruptcy 2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.6-604 - 30204

Form B6F - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,    Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Porter Pipe and Supply<br>35049 Eagle Way<br>Chicago, IL  60678-1350 | | | Consideration: Material Supplier | | | | 39,197 |
| ACCOUNT NO.<br>Premium Concrete Cutting, Inc.<br>PO Box 348<br>Wadsworth, IL  60083 | | | Consideration: Material Supplier | | | | 4,396 |
| ACCOUNT NO.<br>R.L. Kolbi<br>746 Pinecrest<br>Prospect Heights, IL  60070 | | | Consideration: Material Supplier | | | | 593 |
| ACCOUNT NO.<br>Reno, Zahm, Folgate, Lindberg & Powell<br>2902 McFarland Road<br>Suite 400<br>Rockford, IL  61107 | | | Consideration: Legal Fees | | | | 805 |
| ACCOUNT NO.<br>Rental Service Corp.<br>PO Box 840514<br>Dallas, TX  75284-0514 | | | Consideration: Material Supplier | | | | 33 |

Sheet no. 16 of 23 continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)   $   45,024

Total ➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,       Case No. _____
                    **Debtor**                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Richard L. Johnson Associates, Inc. <br> 4703 Charles Street <br> Rockford, IL 61108 | | | Consideration: Dues | | | | 340 |
| ACCOUNT NO. <br> Rite Way Insulation Ltd. <br> 922 Dundee Avenue <br> Elgin, IL 60120 | | | Consideration: Material Supplier | | | | 2,920 |
| ACCOUNT NO. <br> Rock River Water Reclamation <br> P.O. Box 6207 <br> Rockford, IL 61125-1207 | | | Consideration: Water Service | | | | 202 |
| ACCOUNT NO. <br> Rock Valley Culligan <br> 702 N. Madison Street <br> Rockford, IL 61107 | | | Consideration: Material Supplier | | | | 63 |
| ACCOUNT NO. <br> Rockford Auto Glass <br> 5401 E. State St. <br> Rockford, IL 61108 | | | Consideration: Repairs | | | | 295 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-664 - 30204

Sheet no. __17__ of _23_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)    $    3,820

Total ➤    $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,     Case No. _____

Debtor                                               (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Rockford Industrial Welding <br> PO Box 5404 <br> Rockford, IL 61125 | | | Consideration: Material Supplier | | | | 998 |
| ACCOUNT NO. <br><br> Rockford Refrigeration Supply Co. <br> 220 N. Water Street <br> Rockford, IL 61107 | | | Consideration: Material Supplier | | | | 57 |
| ACCOUNT NO. <br><br> Seton Identification Products <br> PO Box 95904 <br> Chicago, IL 60694-5904 | | | Consideration: Material Supplier | | | | 1,081 |
| ACCOUNT NO. <br><br> Shadow Trucking, Inc. <br> 2800 Falund St. <br> Rockford, IL 61109 | | | Consideration: Material Supplier | | | | 172 |
| ACCOUNT NO. <br><br> Smith Industrial Rubber <br> PO Box 5486 <br> Rockford, IL 61125 | | | Consideration: Material Supplier | | | | 55 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.70-604 - 20204

Sheet no. __18__ of __23__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $         2,363
(Total of this page)

Total ➤    $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

Double D Mechanical, Inc

In re _____ ,          Case No. _____
                          **Debtor**                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Springmann Sons Corp.<br>PO Box 250937<br>Milwaukee, WI 53225-6517 | | | Consideration: Material Supplier | | | | 54,931 |
| ACCOUNT NO.<br><br>Steiner Electric Co.<br>135 S. LaSalle<br>Dept. 2665<br>Chicago, IL 60674-2665 | | | Consideration: Material Supplier | | | | 1,402 |
| ACCOUNT NO.<br><br>Stenstrom Escavation & Blacktop Group<br>2422 Center St.<br>PO Box 5946<br>Rockford, IL 61125 | | | Consideration: Material Supplier | | | | 3,000 |
| ACCOUNT NO.<br><br>Ted's Auto Service<br>231 15th Avenue<br>Rockford, IL 61104 | | | Consideration: Repairs | | | | 359 |
| ACCOUNT NO.<br><br>Temperature Equipment Corp.<br>135 S. LaSalle - Dept. 1778<br>Chicago, IL 60674-1778 | | | Consideration: Material Supplier | | | | 322 |

Sheet no. _19_ of _23_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤        $    60,014
(Total of this page)

Total ➤        $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004 New Hope Software, Inc., ver. 3.7.0-604 - 30204

Form B6F - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,    Case No. _____
　　　　　　　　Debtor    　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Temperature Systems, Inc.<br>PO Box 8030<br>Madison, WI 53708-8030 | | | Consideration: Material Supplier | | | | 1,587 |
| ACCOUNT NO.<br>Test Guage Industries<br>39 Industrial Drive - Suite 3<br>Gilberts, IL 60136 | | | Consideration: Material Supplier | | | | 240 |
| ACCOUNT NO.<br>Thompson-Hopps Pump, Inc.<br>5619 Pike Road<br>Rockford, IL 61111 | | | Consideration: Material Supplier | | | | 2,751 |
| ACCOUNT NO.<br>Thybar Corporation<br>37913 Eagle Way<br>Chicago, IL 60678-1379 | | | Consideration: Material Supplier | | | | 600 |
| ACCOUNT NO.<br>Time Savers, Inc.<br>835 Industrial Drive<br>Elmhurst, IL 60126-1107 | | | Consideration: Material Supplier | | | | 642 |

Sheet no. __20__ of __23__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $    5,820
(Total of this page)
Total ➤    $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., - ver. 3.7.0-604 - 30204

Form B6F - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,   Case No. _____
                         **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Trane Co.<br>PO Box 98167<br>Chicago, IL  60693 | | | Consideration: Material Supplier | | | | 21,628 |
| ACCOUNT NO.<br><br>Twin City Supply<br>PO Box 6011<br>Rockford, IL  61125 | | | Consideration: Material Supplier | | | | 498 |
| ACCOUNT NO.<br><br>Unified Health Services<br>PO Box 1000 - Dept. 380<br>Memphis, TN  38148 | | | Consideration: Medical | | | | 821 |
| ACCOUNT NO.<br><br>UPS<br>Lockbox 577<br>Carol Stream, IL  60132-0577 | | | Consideration: Mail | | | | 500 |
| ACCOUNT NO.<br><br>US Cellular 7234<br>PO Box 0203<br>Palatine, IL  60055-0203 | | | Consideration: Telephone | | | | 48 |

Sheet no.  21   of  23   continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➤<br>(Total of this page) | $ | 23,495 |
| Total ➤<br>(Use only on last page of the completed Schedule F.) | $ | |

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-664 - 30204

Form B6F - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,        Case No. _____
                    **Debtor**                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Valley Furnace Supply<br>5070 West State St.<br>Milwaukee, WI 53208 | | | Consideration: Material Supplier | | | | 1,672 |
| ACCOUNT NO.<br><br>Vecchio Signs<br>518 Walnut Street<br>Rockforde, IL 61104 | | | Consideration: Material Supplier | | | | 92 |
| ACCOUNT NO.<br><br>Victaulic Tool Company<br>PO Box 31<br>Easton, PA 18044-0031 | | | Consideration: Material Supplier | | | | 273 |
| ACCOUNT NO.<br><br>W.W. Grainger, Inc.<br>Dept. 664-846631026<br>Palatine, IL 60038-0001 | | | Consideration: Material Supplier | | | | 4,261 |
| ACCOUNT NO.<br><br>Waste Management<br>PO Box 9001054<br>Louisville, KY 40290-1054 | | | Consideration: Rubbish Removal | | | | 295 |

Sheet no. _22_ of _23_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 6,593
(Total of this page)
Total ➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver 3.7.3-604 - 30204

Form B6F - Cont.
(12/03)

Double D Mechanical, Inc

In re _____,        Case No. _____
                    Debtor                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>West Bend Mutual Insurance<br>1900 South 18th Avenue<br>West Bend, WI 53095 | | | Consideration: Insurance | | | | 69,379 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. ver 3.7.0-604 - 30204

Sheet no. _23_ of _23_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➤ (Total of this page) | $ | 69,379 |
| Total ➤ (Use only on last page of the completed Schedule F.) | $ | 1,401,081 |

(Report total also on Summary of Schedules)

FORM B6G
(10/89)

Double D Mechanical, Inc

In re _____          Case No. _____
                    Debtor                                                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. - ver. 3.7.0-684 - 30204

FORM B6H
(6/90)

In re ___Double D Mechanical, Inc_____          Case No. _____
                           Debtor                                                        (if known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Dave Hendrix, Sr. and Dave Hendrix, Jr. | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-664 - 30204

FORM B6 - Cont.
(6/90)

# United States Bankruptcy Court
## Northern District of Illinois

Double D Mechanical, Inc

In re _____          Case No. _____

           Debtor                                                (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 250,000 | | |
| B - Personal Property | YES | 4 | $ 1,506,416 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 708,713 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 10 | | $ 557,374 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 24 | | $ 1,401,081 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0 |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ 0 |
| Total Number of Sheets in ALL Schedules ▶ | | 44 | | | |
| Total Assets ▶ | | | 1,756,416 | | |
| Total Liabilities ▶ | | | | 2,667,168 | |

Bankruptcy2004 ©1991-2004  New Hope Software, Inc. ver. 3.7.0-604 - 30204

Official Form 6-Cont.
(12/03)

In re  Double D Mechanical, Inc
_____,                    Case No. _____
              Debtor                                                                    (If known)


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  President _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the  Double D Mechanical, Inc _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the following summary and schedules, consisting of _____45_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)


Date ____4-21-04_____                    Signature ___Vicky Hendrix_____

                                                                         VICKY HENDRIX
                                                                         [Print or type name of individual signing on behalf of debtor]


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____                    _____
Printed or Typed Name of Bankruptcy Petition Preparer                    Social Security No.
                                                                                                  (Required by 11 U.S.C. § 110(c).)

_____  _____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____  _____                    _____  _____
Signature of Bankruptcy Petition Preparer                                        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110;  18 U.S.C. §156.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-604 - 30204

Form 7
(12/03)

# FORM 7.  STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

In Re   Double D Mechanical, Inc                    Case No. _____
              (Name)                                              (if known)
                        Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.   Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|

2004      921,190      Gross Business Receipts