## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>DOUBLE D MECHANICAL, INC. | CHAPTER 7 -- Liquidation |
| | CASE NO. 04-72134 MB |
| Social Security/Employer Tax ID Number:<br>36-4158374 | HONORABLE  MANUEL BARBOSA |
| Debtor(s) | |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO ALL CREDITORS:

1.  NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on _____at _____a.m.

2.  The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 11,491.66 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | | 268.76 |

4.   The Trustee's Final Report shows total:

|    |                                      |    |            |
|----|--------------------------------------|----|------------|
| a. | Receipts                             | $  | 164,966.83 |
| b. | Disbursements                        | $  | 39,681.67  |
| c. | Net Cash Available for Distribution  | $  | 125,285.16 |

5.   In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $819,544.21, which leaves a total amount of $0.00, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $2,184,596.95.

6.   The debtor has not been discharged.

7.   The Trustee proposed to abandon the following property at the hearing:

DATE

### UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>DOUBLE D MECHANICAL, INC. | CHAPTER 7 -- Liquidation |
| | CASE NO. 04-72134 MB |
| | HONORABLE  MANUEL BARBOSA |
| Debtor(s) | |

### TRUSTEE'S FINAL REPORT

To:    THE HONORABLE  MANUEL BARBOSA
         BANKRUPTCY JUDGE

NOW COMES JOSEPH D. OLSEN, Trustee herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report in accordance with 11 U.S.C. §704(9).

1.     JOSEPH D. OLSEN was appointed as the Chapter 7 trustee ("Trustee").  The Petition commencing this case was filed on 04/21/04.  An order for relief under Chapter 7 was entered on 04/21/04.  The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.     The Trustee certifies that he/she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code.  The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed as necessary and appropriate; and all claim objections have been resolved to the best of the Trustee's knowledge.  The Trustee certifies that this estate is ready to be closed.  The tasks performed by the Trustee are set forth on Exhibit A.

3.    The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.    A summary of the Trustee's Final Report as of July 6, 2007 is as follows:

| | | | |
|---|---|---|---:|
| a. | RECEIPTS (See Exhibit C) | | 164,966.83 |
| b. | DISBURSEMENTS (See Exhibit C) | | 39,681.67 |
| c. | NET CASH available for distribution | | 125,285.16 |
| d. | TRUSTEE/PROFESSIONAL COSTS | | |
| | 1. | Trustee compensation requested (See Exhibit E.) | 11,491.66 |
| | 2. | Trustee Expenses (See Exhibit E.) | 268.76 |
| | 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F.) | 29,643.52 |
| | 4. | Estimated compensation and expense reimbursement request (See Exhibit F.) | |

5.    The Bar Date for filing unsecured claims expired on 09/14/04.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (as necessary and appropriate, a copy of the Trustee's proposed distribution is attached as Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| a. | Allowed unpaid secured claims | 0.00 |
| b. | Chapter 7 administrative and 28 U.S.C. §1930 claims | 41,403.94 |
| c. | Allowed Chapter 11 administrative claims | 0.00 |
| d. | Allowed priority claims | 83,881.22 |
| e. | Allowed unsecured claims | 2,329,028.80 |

7.    Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8.      Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $14,003.75. Professional's compensation and expense requested but not yet allowed is $29,643.52. The total of Chapter 7 professional fees and expenses requested for final allowance is $29,643.52. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.      A fee of $1,500.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

        WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

                                RESPECTFULLY SUBMITTED:


DATE: 7/6/07                          s/s Joseph D. Olsen
                                JOSEPH D. OLSEN
                                YALDEN, OLSEN & WILLETTE
                                1318 EAST STATE STREET
                                ROCKFORD, IL 61104-2228

## TRUSTEE NARRATIVE

Case involved a rather large heating, ventilation and air-conditioning contractor. The physical plant was pledged to secured creditors, as well as the inventory and receivables. However, they failed to get a security interest in the vehicle tiles. Accordingly, an auction was held whereby the vehicles were auctioned off, tax refunds were secured and preferences were pursued.

**Form 1**

Page: 1

**Individual Estate Property Record and Report**

**Asset Cases**

| | |
|---|---|
| **Case Number:** | 04-72134 MB |
| **Case Name:** | DOUBLE D MECHANICAL, INC. |
| **Period Ending:** | 07/02/07 |

| | |
|---|---|
| **Trustee:** (330400)   JOSEPH D. OLSEN | |
| **Filed (f) or Converted (c):** 04/21/04 (f) | |
| **§341(a) Meeting Date:** 06/07/04 | |
| **Claims Bar Date:** 09/14/04 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 6933 ELM AVENUE - LOVES PARK, IL | 250,000.00 | 108,999.00 | DA | 0.00 | FA |
| 2 | BANK ACCOUNT | 8,700.00 | 0.00 | DA | 0.00 | FA |
| 3 | ACCOUNTS RECEIVABLE | 1,243,016.00 | 0.00 | | 619.80 | FA |
| 4 | VEHICLE 2002 Ford Expedition | 22,000.00 | 10,500.00 | | 12,000.00 | FA |
| 5 | OFFICE EQUIPMENT | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | TOOLS & EQUIPMENT | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | INVENTORY | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Transfers broken down (see Ref. #10 through #13) | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | STATE INCOME TAX REFUND (u) | 0.00 | 14,490.19 | | 14,497.10 | FA |
| 10 | PREFERENCE (Fluid Air) | 32,180.00 | 32,180.00 | | 15,250.00 | FA |
| 11 | PREFERENCE (Porter Pipe) (u) | 9,841.24 | 9,841.24 | DA | 0.00 | FA |
| 12 | PREFERENCE (Airdale N. America, Inc.) | 91,365.31 | 91,365.31 | | 80,000.00 | FA |
| 13 | PREFERENCE - Columbia Pipe | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 14 | VEHICLE - 1993 Ford Pickup | 500.00 | 500.00 | | 1,375.00 | FA |
| 15 | VEHICLE - 2002 office trailer | 2,500.00 | 2,000.00 | | 3,200.00 | FA |
| 16 | VEHICLE - 1997 GMC Van | 1,000.00 | 1,000.00 | | 3,000.00 | FA |
| 17 | VEHICLE - 1996 Chevy pickup | 1,500.00 | 1,000.00 | | 4,400.00 | FA |
| 18 | VEHICLE - 1999 Ford pickup | 10,000.00 | 7,000.00 | | 10,200.00 | FA |

# Form 1

## Individual Estate Property Record and Report
### Asset Cases

Page: 2

| **Case Number:** | 04-72134 MB | **Trustee:** (330400) | JOSEPH D. OLSEN |
| **Case Name:** | DOUBLE D MECHANICAL, INC. | **Filed (f) or Converted (c):** | 04/21/04 (f) |
| | | **§341(a) Meeting Date:** | 06/07/04 |
| **Period Ending:** | 07/02/07 | **Claims Bar Date:** | 09/14/04 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 19 | VEHICLE - 2001 Dodge Dakota | 2,000.00 | 1,500.00 | | 6,050.00 | FA |
| 20 | VEHICLE - 2001 Ford pickup | 18,000.00 | 7,000.00 | | 8,500.00 | FA |
| 21 | VEHICLE - 1998 homemade trailer | Unknown | 300.00 | | 300.00 | FA |
| 22 | VEHICLE - 2003 GMC van | 18,000.00 | 1,186.40 | | 1,186.40 | FA |
| 23 | ABANDONED VEHICLES | 78,400.00 | 0.00 | DA | 0.00 | FA |
| 24 | IDR (tax refund for 2003) (u) | 0.00 | 3,021.56 | DA | 3,021.56 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1,302.34 | Unknown |
| 25 | **Assets**        **Totals** (Excluding unknown values) | **$1,909,002.55** | **$311,883.70** | | **$164,902.20** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee has administered all assets, tax returns filed. Acocuntants paid. Final Report will be filed before 5/31/07.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2005          **Current Projected Date Of Final Report (TFR):**   May 31, 2007

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 04-72134 MB | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|
| Case Name: | DOUBLE D MECHANICAL, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****38-19 - Time Deposit Account |
| Taxpayer ID #: | 36-4158374 | Blanket Bond: | $1,500,000.00   (per case limit) |
| Period Ending: | 07/06/07 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Time Deposit Account Balance |
|---|---|---|---|---|---|---|---|
| 08/23/06 | | FUNDING ACCOUNT: ********3865 | | 9999-000 | 65,000.00 | | 65,000.00 |
| 08/28/06 | | JPMORGAN CHASE BANK | CORRECTION MADE ACCOUNT TRANSFER #6 NEVER PROCESSED | 9999-000 | 65,000.00 | | 130,000.00 |
| 08/28/06 | | To Account #********3865 | Transfer funds to MMA in preparation of winding case up. | 9999-000 | | 65,000.00 | 65,000.00 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 20.84 | | 65,020.84 |
| 09/22/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 48.65 | | 65,069.49 |
| 10/23/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 69.56 | | 65,139.05 |
| 11/21/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 70.85 | | 65,209.90 |
| 12/21/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 70.93 | | 65,280.83 |
| 01/22/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 71.00 | | 65,351.83 |
| 01/23/07 | | To Account #********3865 | Transfer from TDA to MMA in prep. of F. Rpt. | 9999-000 | | 65,351.83 | 0.00 |

|  | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 130,351.83 | 130,351.83 | $0.00 |
| Less: Bank Transfers | 130,000.00 | 130,351.83 | |
| Subtotal | 351.83 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $351.83 | $0.00 | |

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 04-72134 MB | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** DOUBLE D MECHANICAL, INC. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****38-65 - Money Market Account |
| **Taxpayer ID #:** 36-4158374 | **Blanket Bond:** $1,500,000.00  (per case limit) |
| **Period Ending:** 07/06/07 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/13/04 | {9} | Illinois Secretary of State | tax return | 1224-000 | 2,184.61 | | 2,184.61 |
| 08/13/04 | {9} | Illinois Secretary of State | tax return | 1224-000 | 7,259.76 | | 9,444.37 |
| 08/13/04 | {9} | Illinois Secretary of State | tax return | 1224-000 | 1,177.05 | | 10,621.42 |
| 08/13/04 | {9} | Illinois Secretary of State | Tax return | 1224-000 | 3,875.68 | | 14,497.10 |
| 08/13/04 | {4} | Den Construction, Inc. | 02 Ford Expedition | 1129-000 | 12,000.00 | | 26,497.10 |
| 08/13/04 | {15} | Mike Fasula | 2002 office trailer | 1129-000 | 3,200.00 | | 29,697.10 |
| 08/13/04 | {16} | Rich Bringham | 97 GMC Van | 1129-000 | 3,000.00 | | 32,697.10 |
| 08/13/04 | {18} | J&K Property Management | 99 Ford F-350 Truck | 1129-000 | 10,200.00 | | 42,897.10 |
| 08/13/04 | {20} | Mike Fasula | 01 Ford pickup | 1129-000 | 8,500.00 | | 51,397.10 |
| 08/13/04 | {21} | Mike Fasula | 98 home made trailer | 1129-000 | 300.00 | | 51,697.10 |
| 08/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.2000% | 1270-000 | 4.25 | | 51,701.35 |
| 09/23/04 | {19} | John F. Poli | Purchase of 01 Dodge Dakota | 1129-000 | 6,050.00 | | 57,751.35 |
| 09/23/04 | {14} | John F. Miller/Scott A. Krieg | Purchase of 93 Ford | 1129-000 | 1,375.00 | | 59,126.35 |
| 09/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.2000% | 1270-000 | 8.66 | | 59,135.01 |
| 10/20/04 | {22} | GMAC Commercial Services | Surplus proceeds from sale of vehicle | 1129-000 | 1,186.40 | | 60,321.41 |
| 10/21/04 | | To Account #*******3866 | Transfer to pay liquidating agents fees/costs (per Ct. Order 10/20/04 | 9999-000 | | 8,243.75 | 52,077.66 |
| 10/22/04 | {3} | Michuda Construction, Inc. | pymt of account receivable | 1121-000 | 619.80 | | 52,697.46 |
| 10/29/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.2500% | 1270-000 | 10.07 | | 52,707.53 |
| 11/04/04 | {17} | Riverside Community Bank | 96 Chevy Pickup (Buyer: Andrew Vandewoestyne) | 1129-000 | 4,400.00 | | 57,107.53 |
| 11/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.2500% | 1270-000 | 11.52 | | 57,119.05 |
| 12/08/04 | | To Account #*******3866 | Transfer funds per 12/6/04 Order to pay fees/costs of John Miller | 9999-000 | | 760.00 | 56,359.05 |
| 12/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.2500% | 1270-000 | 12.01 | | 56,371.06 |
| | | | **Subtotals :** | | **$65,374.81** | **$9,003.75** | |

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 04-72134 MB
**Case Name:** DOUBLE D MECHANICAL, INC.

**Taxpayer ID #:** 36-4158374
**Period Ending:** 07/06/07

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*38-65 - Money Market Account
**Blanket Bond:** $1,500,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | 14.13 | | 56,385.19 |
| 02/28/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 13.44 | | 56,398.63 |
| 03/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 16.77 | | 56,415.40 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 16.23 | | 56,431.63 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 16.78 | | 56,448.41 |
| 06/29/05 | | To Account #\*\*\*\*\*\*\*\*3866 | Bond premmium | 9999-000 | | 167.75 | 56,280.66 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 18.02 | | 56,298.68 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 19.51 | | 56,318.19 |
| 08/29/05 | {10} | Fluid/Air Products | installment payment on preference | 1141-000 | 3,812.50 | | 60,130.69 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 21.58 | | 60,152.27 |
| 09/26/05 | {10} | Fluid/Air Products | installment pymt. | 1141-000 | 3,812.50 | | 63,964.77 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 23.81 | | 63,988.58 |
| 10/18/05 | | To Account #\*\*\*\*\*\*\*\*3866 | Per Ct. Order of 10/17 - pay wage clms &<br>Accountant fees | 9999-000 | | 30,474.65 | 33,513.93 |
| 10/28/05 | {10} | Fluid/Air Products | montly pymt. | 1141-000 | 3,812.50 | | 37,326.43 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 21.66 | | 37,348.09 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 16.89 | | 37,364.98 |
| 12/01/05 | {10} | Fluid/Air Products | monthly pymt. | 1141-000 | 3,812.50 | | 41,177.48 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.36 | | 41,197.84 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 23.20 | | 41,221.04 |
| 02/24/06 | {24} | Illinois Department of Revenue | tax refund | 1224-000 | 3,021.56 | | 44,242.60 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 22.20 | | 44,264.80 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 26.32 | | 44,291.12 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 28.04 | | 44,319.16 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 30.12 | | 44,349.28 |
| | | | **Subtotals :** | | **$18,620.62** | **$30,642.40** | |

{} Asset reference(s)

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 04-72134 MB |
| **Case Name:** | DOUBLE D MECHANICAL, INC. |
| **Taxpayer ID #:** | 36-4158374 |
| **Period Ending:** | 07/06/07 |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****38-65 - Money Market Account |
| **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 29.17 | | 44,378.45 |
| 07/10/06 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2006 FOR CASE #04-72134, Bond Number #016018067 | 2300-000 | | 40.89 | 44,337.56 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 30.15 | | 44,367.71 |
| 08/09/06 | {12} | Nelson Piping Company | Global settlement/release payment | 1121-000 | 35,000.00 | | 79,367.71 |
| 08/23/06 | | ACCOUNT FUNDED: ********3819 | | 9999-000 | | 65,000.00 | 14,367.71 |
| 08/28/06 | | From Account #********3819 | Transfer funds to MMA in preparation of winding case up. | 9999-000 | 65,000.00 | | 79,367.71 |
| 08/28/06 | | JPMORGAN CHASE BANK | CORRECT ACCOUNT TRANSFER #6 NEVER PROCESSED | 9999-000 | | 65,000.00 | 14,367.71 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 33.45 | | 14,401.16 |
| 09/08/06 | {12} | Craig A. Willette | Money wire transfered to CAW's account | 1121-000 | 45,000.00 | | 59,401.16 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 26.90 | | 59,428.06 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 41.66 | | 59,469.72 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 39.08 | | 59,508.80 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 37.81 | | 59,546.61 |
| 01/23/07 | | From Account #********3819 | Transfer from TDA to MMA in prep. of F. Rpt. | 9999-000 | 65,351.83 | | 124,898.44 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 49.64 | | 124,948.08 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 62.27 | | 125,010.35 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 66.75 | | 125,077.10 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 69.01 | | 125,146.11 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 69.05 | | 125,215.16 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 64.63 | | 125,279.79 |

**Subtotals :**          $210,971.40          $130,040.89

{} Asset reference(s)

Printed: 07/06/2007 08:53 AM    V.9.52

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 04-72134 MB |
| **Case Name:** | DOUBLE D MECHANICAL, INC. |
| **Taxpayer ID #:** | 36-4158374 |
| **Period Ending:** | 07/06/07 |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****38-65 - Money Market Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 294,966.83 | 169,687.04 | $125,279.79 |
| | | | Less: Bank Transfers | | 130,351.83 | 169,646.15 | |
| | | | **Subtotal** | | 164,615.00 | 40.89 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$164,615.00** | **$40.89** | |

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 04-72134 MB | | Trustee: | JOSEPH D. OLSEN (330400) |
| Case Name: | DOUBLE D MECHANICAL, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****38-66 - Checking Account |
| Taxpayer ID #: | 36-4158374 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 07/06/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/21/04 | | From Account #********3865 | Transfer to pay liquidating agents fees/costs (per Ct. Order 10/20/04 | 9999-000 | 8,243.75 | | 8,243.75 |
| 10/22/04 | 101 | JOHN F. MILLER, AUCTIONEER | Pay auctioneer per Ct. Order of 10/20/04 | 3610-000 | | 8,243.75 | 0.00 |
| 12/08/04 | | From Account #********3865 | Transfer funds per 12/6/04 Order to pay fees/costs of John Miller | 9999-000 | 760.00 | | 760.00 |
| 12/13/04 | 102 | MILLER AUCTION SERVICE | Liquidating fees/costs (per Ct. Order of 12/6/04) | 3610-000 | | 760.00 | 0.00 |
| 06/29/05 | | From Account #********3865 | Bond premimum | 9999-000 | 167.75 | | 167.75 |
| 06/29/05 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/29/2005 FOR CASE #04-72134, Bond #016018067 Voided on 06/30/05 | 2300-003 | | 167.75 | 0.00 |
| 06/30/05 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/29/2005 FOR CASE #04-72134, Bond #016018067 Voided: check issued on 06/29/05 | 2300-003 | | -167.75 | 167.75 |
| 07/07/05 | 104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2005 FOR CASE #04-72134, Bond #016018067 Voided on 07/07/05 | 2300-003 | | 48.65 | 119.10 |
| 07/07/05 | 104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2005 FOR CASE #04-72134, Bond #016018067 Voided: check issued on 07/07/05 | 2300-003 | | -48.65 | 167.75 |
| 07/11/05 | 105 | INTERNATIONAL SURETIES, LTD. | Bond #016018067 | 2300-000 | | 162.38 | 5.37 |
| 10/18/05 | | From Account #********3865 | Per Ct. Order of 10/17 - pay wage clms & | 9999-000 | 30,474.65 | | 30,480.02 |

| | | | Subtotals : | | $39,646.15 | $9,166.13 | |

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 04-72134 MB | Trustee: | JOSEPH D. OLSEN (330400) |
| Case Name: | DOUBLE D MECHANICAL, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****38-66 - Checking Account |
| Taxpayer ID #: | 36-4158374 | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 07/06/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Accountant fees | | | | |
| 10/20/05 | 106 | Karla Hrlugson | pymt of wage claim #22 | 5300-000 | | 448.00 | 30,032.02 |
| 10/20/05 | 107 | Robert Wilhemi | pymt of wage claim #45 | 5300-000 | | 199.32 | 29,832.70 |
| 10/20/05 | 108 | Randy Wulff | pymt of wage clm #46 | 5300-000 | | 121.72 | 29,710.98 |
| 10/20/05 | 109 | Michael Williams | pymt of wage clm #48 | 5300-000 | | 1,282.66 | 28,428.32 |
| 10/20/05 | 110 | Dennis Hendrix | pymt of wage clm #49 | 5300-000 | | 3,423.51 | 25,004.81 |
| 10/20/05 | 111 | Gregory Watson | pymt of wage clm #50 | 5300-000 | | 1,651.86 | 23,352.95 |
| 10/20/05 | 112 | Paul Geiken | pymt of wage clm #51 | 5300-000 | | 1,490.40 | 21,862.55 |
| 10/20/05 | 113 | Bruce Strom | pymt of wage clm #52 | 5300-000 | | 4,489.72 | 17,372.83 |
| 10/20/05 | 114 | James Reeverts | pymt of wage clm #53 | 5300-000 | | 4,203.28 | 13,169.55 |
| 10/20/05 | 115 | Jeremy Mathews | pymt of wage clm #55 | 5300-000 | | 869.68 | 12,299.87 |
| 10/20/05 | 116 | David Lake | pymt of wage clm #56 | 5300-000 | | 2,862.35 | 9,437.52 |
| 10/20/05 | 117 | David Bryant | pymt of wage clm #57 | 5300-000 | | 1,956.08 | 7,481.44 |
| 10/20/05 | 118 | Tom Brown | pymt of wage clm #58 | 5300-000 | | 119.23 | 7,362.21 |
| 10/20/05 | 119 | Bradley Akelaitis | pymt of wage clm #59 | 5300-000 | | 2,356.84 | 5,005.37 |
| 11/23/05 | 120 | Lindgren, Callihan, Van Osdol &<br>Co., Ltd. | Pay Acct. fees per 11/21/05 Ord. | 3310-000 | | 5,000.00 | 5.37 |

|  | Subtotals : | $0.00 | $30,474.65 |
|---|---|---|---|

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 04-72134 MB |
| **Case Name:** | DOUBLE D MECHANICAL, INC. |
| **Taxpayer ID #:** | 36-4158374 |
| **Period Ending:** | 07/06/07 |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****38-66 - Checking Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 39,646.15 | 39,640.78 | $5.37 |
| | | | Less: Bank Transfers | | 39,646.15 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 39,640.78 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$39,640.78** | |

| Net Receipts : | 164,966.83 |
|---|---|
| Net Estate : | $164,966.83 |

| **TOTAL - ALL ACCOUNTS** | **Net<br>Receipts** | **Net<br>Disbursements** | **Account<br>Balances** |
|---|---|---|---|
| CD # ***-*****38-19 | 351.83 | 0.00 | 0.00 |
| MMA # ***-*****38-65 | 164,615.00 | 40.89 | 125,279.79 |
| Checking # ***-*****38-66 | 0.00 | 39,640.78 | 5.37 |
| | **$164,966.83** | **$39,681.67** | **$125,285.16** |

## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>DOUBLE D MECHANICAL, INC.<br><br><br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 04-72134 MB<br><br>HONORABLE  MANUEL BARBOSA |

## DISTRIBUTION REPORT

I, JOSEPH D. OLSEN, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 41,403.94 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 83,881.22 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| | |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 125,285.16 |

**DISTRIBUTION REPORTS**                                                    **PAGE 1**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | Secured Claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $41,403.94 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | JOSEPH D. OLSEN | 11,491.66 | 11,491.66 |
| | JOSEPH D. OLSEN | 268.76 | 268.76 |
| | Yalden, Olsen & Willette | 6,510.75 | 6,510.75 |
| | Craig A. Willette | 23,132.77 | 23,132.77 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

**DISTRIBUTION REPORTS**                                                    **PAGE 2**

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|----|----------------|------------------------|------------------|
|    | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|--------------|----------|----------------|-----------------|

**DISTRIBUTION REPORTS**                                                    **PAGE 3**

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,000.00 | $25,474.65 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 22 | Karla Hrlugson | 448.00 | 0.00 |
| 45 | Robert Wilhemi | 199.32 | 0.00 |
| 46 | Randy Wulff | 121.72 | 0.00 |
| 48 | Michael Williams | 1,282.66 | 0.00 |
| 49 | Dennis Hendrix | 3,423.51 | 0.00 |
| 50 | Gregory Watson | 1,651.86 | 0.00 |
| 51 | Paul Geiken | 1,490.40 | 0.00 |
| 52 | Bruce Strom | 4,489.72 | 0.00 |
| 53 | James Reeverts | 4,203.28 | 0.00 |
| 55 | Jeremy Mathews | 869.68 | 0.00 |
| 56 | David Lake | 2,862.35 | 0.00 |
| 57 | David Bryant | 1,956.08 | 0.00 |
| 58 | Tom Brown | 119.23 | 0.00 |
| 59 | Bradley Akelaitis | 2,356.84 | 0.00 |

**DISTRIBUTION REPORTS**                                                    **PAGE 4**

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $91,262.38 | 91.91% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 20 | Northern Illinois Benefit Funds c/o Automobile Mechanics' Un | 5,056.33 | 4,647.39 |
| 24 | National Pension Fund And International Training Fund | 1,621.32 | 1,490.19 |
| 44 | Rockford Pipe Trades Industry 401K Plan | 179.18 | 164.69 |
| 54 | Rick Reavis | 173.88 | 159.82 |
| 60 | Plumbers & Pipefitters Local #23 | 5,423.08 | 4,984.47 |
| 61 | International Training Fund | 353.08 | 324.52 |
| 62 | Piping Industry Council of the Rockford Area | 1,765.42 | 1,622.64 |
| 63 | Plumbers & Pipefitters Local 23 UA Journeyman & Apprentice T | 3,530.86 | 3,245.29 |
| 65 | Plumbers & Pipefitters Local 23 UA Health & Wel fare Fund | 34,108.02 | 31,349.41 |
| 66 | Rockford Pipe Traders Industry Pension Fund | 39,051.21 | 35,892.80 |

**DISTRIBUTION REPORTS**                                                                    **PAGE 5**

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(6) - Deposits by consumers to the extent of $1,800.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(7) - Alimony | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §724(b)(6) - Tax Liens | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**DISTRIBUTION REPORTS**                                                    **PAGE 6**

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $702,807.18 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 31A | IDES | 21,444.99 | 0.00 |
| 37 | State of Wisconsin | 6,381.79 | 0.00 |
| 71 | Il Dept. of Revenue Bankruptcy Section Chicago Collection | 10,424.00 | 0.00 |
| 72 | Dept. of the Treasury IRS | 664,556.40 | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**DISTRIBUTION REPORTS**                                                      **PAGE 7**

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $2,184,596.95 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 2 | Smith Industrial Rubber | 55.00 | 0.00 |
| 3 | LCV-Lindgren, Callihan, Van osdol and Co., Ltp | 11,202.94 | 0.00 |
| 4 | Cliff Soper Co. | 851.74 | 0.00 |
| 5 | Loescher Heating & Air Conditioning | 3,125.13 | 0.00 |
| 6 | Temperature Equipment Corp. | 430.16 | 0.00 |
| 7 | First Supply | 366.93 | 0.00 |
| 8 | Temperature Systems, Inc. | 1,683.34 | 0.00 |
| 9 | Connor Company | 949.79 | 0.00 |
| 10 | McDermaid Roofing & Insulating Co. | 2,300.00 | 0.00 |
| 11 | Advantage Paging | 192.65 | 0.00 |
| 12 | Gustave A. Larson Co | 226.72 | 0.00 |
| 13 | Wisconsin Department of Revenue | 700.00 | 0.00 |
| 18 | Stenstrom Escavation & Blacktop Group | 3,000.00 | 0.00 |
| 21 | Rockford Industrial Welding | 998.35 | 0.00 |
| 23 | Climatic Control Co. | 1,178.45 | 0.00 |
| 25 | G.W. Berkheimer Co. | 100.57 | 0.00 |
| 26 | Rockford Auto Glass | 294.31 | 0.00 |
| 27 | Motion Industries Inc | 84.38 | 0.00 |

**DISTRIBUTION REPORTS**                                                **PAGE 8**

| | | | |
|---|---|---|---|
| 28 | Lennox Industries Inc. | 4,583.26 | 0.00 |
| 29 | Johnstone Supply | 7,203.58 | 0.00 |
| 30 | Barlow Mechanical Sales | 2,060.78 | 0.00 |
| 31B | IDES | 630.00 | 0.00 |
| 32 | Victaulic Tool Company | 610.15 | 0.00 |
| 33 | Austin Mechanical Sales, Inc. c/o Arthur G. Kielty, Esq | 41,479.32 | 0.00 |
| 34 | United Parcel Service | 499.60 | 0.00 |
| 35 | Ferguson Enterprises, Inc. | 51,404.66 | 0.00 |
| 36 | Fastenal Company | 1,844.12 | 0.00 |
| 38 | Waste Management | 273.26 | 0.00 |
| 39 | Dept. of the Treasury IRS | 454,945.82 | 0.00 |
| 40 | City of Rockford - City Hall Building | 2,823.00 | 0.00 |
| 41 | LM Sheetmetal, Inc. | 16,025.12 | 0.00 |
| 42 | DeKalb Mechanical | 228,935.80 | 0.00 |
| 43 | Developers Surety and Indemnity Co c/o Jamie L Ziegler | 63,841.81 | 0.00 |
| 47 | DeKalb Mechanical | 166,833.33 | 0.00 |
| 64 | Deerpath Construction | 350,000.00 | 0.00 |
| 67 | Bank One c/o Jeff Mazak | 590,685.88 | 0.00 |
| 68 | Loescher Heating & Air Conditioning | 172,177.00 | 0.00 |

**DISTRIBUTION REPORTS**                                                    **PAGE 9**

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $144,431.85 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 69 | Columbia Pipe & Supply Co. | 124,189.79 | 0.00 |
| 70 | F & P Assoc. aka Fluid Air Products | 20,242.06 | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(5) - Interest | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**DISTRIBUTION REPORTS**                                               **PAGE 10**

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**DISTRIBUTION REPORTS**                                             **PAGE 11**

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant or barred from distribution.

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOW /WITHDRAW DESIGNATE |
|---|---|---|---|---|
| Unsecured | 1 | Holian Insulation Co Inc Donald C Stinespring & Associates POB 382 Richmond, IL 60071- | $ 94,645.15 | disallowed |
| Unsecured | 14 | IRS Mail Stop 54919 CHI 230 S. Dearborn St Chicago, IL 60604- | $ 327,395.00 | Disallowed |
| Unsecured | 16 | IL Dept of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338 | $ 9,831.00 | Disallowed |
| Unsecured | 17 | IDES - Northern Region 260 East Indian Trail Road Aurora, IL 60505-1733 | $ 23,073.00 | Disallowed |
| Unsecured | 19 | Plumbers & Pipefitters Local 501 Automobile Mechanics' Union c/o Rachel D. Marrello Arnold & Kadjan 19 W. Jackson Chicago, IL 60604-3958 | $ 6,800.06 | Disallowed |

**DISTRIBUTION REPORTS**                                           **PAGE 12**


        WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are
true and correct.


DATED:<u>7/6/07</u>                        <u> s/s  Joseph D. Olsen                          </u>
                                          JOSEPH D. OLSEN, Trustee