Case Name:  DOUBLE D MECHANICAL, INC.
Case No:    04 B 72134

## CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated:  8/30/07                    WILLIAM T. NEARY
                                      United States Trustee, Region 11

                        BY:    _/s/Carole J. Ryczek_____
                                  CAROLE J. RYCZEK
                                  Attorney for the U.S. Trustee