**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| IN RE:<br>DOUBLE D MECHANICAL, INC. | CHAPTER 7 -- Liquidation<br><br>CASE NO. 04-72134 MB |
| Social Security/Employer Tax ID Number:<br>36-4158374<br>Debtor(s) | HONORABLE MANUEL BARBOSA |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on **SEPTEMBER 24, 2007 at 9:30 a.m.**

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 11,491.66 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | | 268.76 |

| | | |
|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 6,510.75 |
| Craig A. Willette<br>Special Counsel | 0.00 | 23,132.77 |

4. The Trustee's Final Report shows total:

    a. Receipts $ <u>164,966.83</u>

    b. Disbursements $ <u>39,681.67</u>

    c. Net Cash Available for Distribution $ <u>125,285.16</u>

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $819,544.21, which leaves a total amount of $0.00, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $2,184,596.95.

6. The debtor has not been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

<u>  8/30/07  </u>                        <u>s/s Joseph D. Olsen</u>
DATE

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-3              User: cshabez               Page 1 of 4                  Date Rcvd: Aug 31, 2007
Case: 04-72134                    Form ID: pdf002             Total Served: 205

The following entities were served by first class mail on Sep 02, 2007.
db          +Double D Mechanical Inc,    c/o David Hendrix Jr,     6397 Garrett Lane,     Rockford, IL 61107-5843
aty         +Bernard J Natale,    Bernard J. Natale, Ltd.,     6833 Stalter Drive,     Suite 201,
              Rockford, IL 61108-2582
aty         +Craig A Willette,    Yalden Olsen & Willette,     1318 E State Street,     Rockford, IL 61104-2228
tr          +Joseph D Olsen,    Yalden Olsen & Willette,     1318 E State Street,     Rockford, IL 61104-2228
8017357     +Advantage Paging,     1008 Elm Street,    Rockford, IL 61102-2252
8017358     +Appliance Service Center Milwaukee, Inc.,      6843 West Beloit Rd.,     West Allis, WI 53219-1925
8017359     +Applied Controls, Inc.,     30 W 270 Butterfield Road,     Suite 115,    Warrenville, IL 60555-1570
8017360     +Austin Mechanical Sales, Inc.,      6602 North Second St.,     Loves Park, IL 61111-3700
8377427     +Austin Mechanical Sales, Inc.,      c/o Arthur G. Kielty, Esq,
              Reno, Zahm, Folgate, Lindberg and Powell,      2902 McFarland Rd. Ste 400,
              Rockford, IL 61107-6801
8017361     +Autocare Center of Loves Park,      7906 Forest Hills Road,     Loves Park, IL 61111-3312
8017362     +B&H Industries,     80 W. Seegers Rd.,    Arlington Heights, IL 60005-3917
8484477     +Bank One,    c/o Jeff Mazak,    528 S. Main St.,     OH2-5170,    Akron, OH 44311-1058
8017363     +Bank One,    6000 E State St,    Rockford, Il 61108-2551
8017366     +Barlow Mechanical Sales,     PO Box 801,    Plainfield, IL 60544-0801
8017367     +Blackhawk Cleaning Equipment Co.,      351 N. State St.,     Franklin Grove, IL 61031-9785
8017368     +Blackhawk Communications,     1535 Windsor Rd.,     Loves Park, IL 61111-4249
8017369     +Brad Akelaitis,    4914 Soverign Blvd.,     Rockford, IL 61108-6546
8482407     +Bradley Akelaitis,     c/o Plumbers & Pipefitters Local 23,     4525 Boeing Dr.,
              Rockford IL 61109-2934
8017370     +Brimar Ind.,    64 OutwaterLane,     Garfield, NJ 07026-3845
8017371      Broadway Florist,     1010 Broadway,    Rockford, IL  61104-1479
8482222     +Bruce Strom,    c/o Plumbers & Pipefitters Local 23,      4525 Boeing Dr.,    Rockford IL 61109-2934
8017372     +Bruce W. Storm,    2328  10th Avenue,     Rockford, IL 61104-3448
8017373     +Bryan Wilhelmi,    8041 Hawk Trail Close,     Machesney Park, IL 61115-8255
8017374     +Builders Plumbing & Heating Supply,      133 S. Rohlwing Rd.,     Addison, IL 60101-3027
8017376      CB&K Supply,    PO Box 1037,    Janesville, WI  53547-1037
8017375     +Cast Limited,    9822 Queen Oaks Drive,     Machesney Park, IL 61115-1502
8017377     +Checks Unlimited,     PO BOx 18500,    Colorado Springs, CO 80935-8500
8017378      Choice One Communications,     PO Box 1927,    Albany, NY  12201-1927
8017379     +Chrysler Financial,     PO Box 2993,    Milwaukee, WI  53201-2993
8017380      City of Rockford - City Hall Building,      524 E. State St.,    Rockford, IL  61104
8017381     +Cliff Soper Co.,    PO Box 2257,    Rockford, IL 61131-0257
8017382     +Climatic Control Co.,     5061 W. State St.,    Milwaukee, WI 53208-2693
8017383     +Cochrane Compressor Co.,     4533 W. North Avenue,     Melrose Park, IL 60160-1023
8017384      Coleman Chemical, Inc.,     1315 S. LaSalle St.,     Dept. 1332,    Chicago, IL  60674-1332
8017385     +Columbia Pipe & Supply Co.,     Attn James J Welser,     1120 W Pershing Rd.,    Chicago, IL 60609-1463
8017386      Connor Company,    PO Box 5007,    Peoria, IL  61601-5007
8017387     +Crescent Electric Supply Co.,      PO Box 500,    East Dubuque, IL 61025
8017388     +Curtis L. Lamm,    1226 Hillcrest Lane,     Freeport, IL 61032-3716
8017389     +Daniel D Cruz,    2100 Freeport Rd,     Apt 401B,    Sterling, IL 61081-1731
8482362     +David Bryant,    c/o Plumbers & Pipefitters Local 23,      4525 Boeing Dr.,    Rockford IL 61109-2934
8017390     +David C. Lake,    3803 S. Main Road,     Rockford, IL 61102-4276
8482333     +David Lake,    c/o Plumbers & Pipefitters Local 23,      4525 Boeing Dr.,    Rockford IL 61109-2934
8017391     +David S. Bryant,    3153 W. Lightsville Rd.,     Leaf River, IL 61047-9611
8017392     +David W. Hendrix, Jr.,     6397 Garrett Lane,    Rockford, IL 61107-5843
8017393     +David W. Hendrix, Sr.,     6968 Avalon Circle,    Rockford, IL 61108-6801
8017394     +DeKalb Mechanical,     420 Oak Street,    DeKalb, IL 60115-3331
8482512     +Deerpath Construction,     998 Lombard,    Lombard, IL 60148-1260
8320252     +Deerpath Construction & Development Corp,      Michael J Davis & Thomas E Springer,    KSS&D PC,
              611 S Addison Road,    Addison, IL 60101-4648
8320253     +Deerpath Construction & Development Corp,      Jay J Glenn Esq,    2275 Half Day Road #350,
              Bannockburn, IL 60015-1277
8482099     +Dennis Hendrix,    c/o Plumbers & Pipefitters Local 23,      4525 Boeing Dr.,
              Rockford IL 61109-2934
8017395     +Dennis M. Hendrix,     6268 Briar Patch Lane,    Rockford, IL 61111-3404
8481993     +Developers Surety and Indemnity Co,      c/o Jamie L Ziegler,     Riordan Donnely Lipinski & McKee,
              10 N Dearborn 4th Floor,     Chicago IL 60602-4276
8017396     +Doug Swanson,    11939 Lanark Court,     Caledonia, IL 61011-9794
8017397     +Driessen Construction Co.,     PO Box 126,    St. Charles, IL 60174-0126
8017398     +Dynatech,    PO Box 217,    Grafton, OH 44044-0217
8017399     +Edward Woods,    20032 Cyclone Ridge Road,     Mt. Carroll, IL 61053-9262
8017400     +Engineering Services Mechanical Consulan,      555 N. Court St. - Suite 103,
              Rockford, IL 61103-6898
8017401     +Englewood Electrical Supply,      PO Box 91700,    Chicago, IL 60693-1700
8017402      Exxon Mobile/GECC,     PO Box 4575,    Carol Stream, IL  60197-4575
8666685     +F & P Assoc. aka Fluid Air Products,      c/o Holland & Knight,     One Mid America Plaza Suite 1000,
              Oakbrook Terrace IL 60181-4710
8017403      Fastenal Company,     PO Box 978,    Winona, MN  55987-0978
8017404     +Ferguson Enterprises, Inc.,     4250 McFarland Rd,     Loves Park, IL 61111-4406
8017405      First Supply,    PO Box 8124,    Madison, WI  53708-8124
8017406      First USA Bank, NA,     PO Box 8776,    Wilmington, DE  19899-8776
8017407     +Fischer Excavating, Inc.,     1567 Heine Road,     Freeport, IL 61032-8402
8017408     +Fluid Air Products,     7535 Plaza Court,    Willowbrook, IL 60527-5612
8017409     +Ford Credit,    PO Box 219825,    Kansas City, MO 64121-9825
8017411      Fox Valley Chlorinating Specialists, Inc,      245 W 134th St. Charles Road,
              Carol Stream, IL  60188
8017412     +Frink’s Sewer Service, Inc.,     PO Box 1004,    Rockford, IL 61105-1004
8017413     +G.W. Berkheimer Co.,     PO Box 1247,    Portage, IN 46368-9047
8017414      GMAC Payment Processing Center,      PO Box 51014,    Carol Stream, IL  60125-1014
8017416     +Great Lakes Treatment,     5630 Eaton Highway,     Sunfield, MI 48890-9730
```

```
District/off: 0752-3          User: cshabez              Page 2 of 4               Date Rcvd: Aug 31, 2007
Case: 04-72134                Form ID: pdf002            Total Served: 205

8017417       +Gregory G. Watson,    2020 Hillsdown Road,    Davis, IL 61019-9411
8482153       +Gregory Watson,    c/o Plumbers & Pipefitters Local 23,    4525 Boeing Dr.,
                Rockford IL 61109-2934
8252179        Gustave A. Larson Co,    POB 910,   Pewaukee WI 53072-0910
8017418       +Gustave A. Larson Company,    Box 68-3006,   Milwaukee, WI 53268-0001
8017419        Hilti, Inc.,    PO Box 382002,   Pittsburgh, PA 15250-8002
8017420       +Holemaker Concrete Drilling & Sawing,    1214 Capitol Drive - Unit #8,    Addison, IL 60101-5302
8078650       +Holian Insulation Co Inc,    Donal C Stinespring & Associates,    POB 382,
                Richmond, IL 60071-0382
8017421        Holian Insulation Co.,    7508 Meyer Rd.,    Spring Grove, IL  60081
8017422       +Home Depot,    PO Box 103047,   Roswell, GA 30076-9047
8363180       +IDES,    7th FL,    33 S. State St.,    Chicago, IL 60603-2802
8017423        IDES - Northern Region,    260 East Indian Trail Road,    Aurora, IL  60505-1733
8017424        IL Dept of Revenue,    Bankruptcy Section,    PO Box 64338,   Chicago IL 60664-0338
8017427      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
               (address filed with court: Department of the Treasury-Internal Revenue Servic,
                Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
8463783      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
               (address filed with court: Dept. of the Treasury IRS,    230 S. Dearborn,   Stop 5016-CHI,
                Chicago IL 60604)
8267007      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
               (address filed with court: IRS,    Mail Stop 54919 CHI,    230 S. Dearborn St,   Chicago IL 60604)
8017430       +IWM,    399 Hammond Avenue,    Elgin, IL 60120-8423
8769509       +Il Dept. of Revenue,    Bankruptcy Section Chicago Collection,    Services Div.,
                100 W Randolph Suite 7-425,    Chicago IL 60601-3218
8017425       +Illinois Material Handling,    2545 NW Parkway,    Elgin, IL 60124-7870
8017426        Imbert Corporation,    Dept. 20-1084,   PO Box 5940,    Carol Stream, IL  60197-5940
8017429       +International Test & Balance, Inc.,    380 Northwest Highway,    Des Plaines, IL 60016-2290
8482479       +International Training Fund,    c/o Plumbers & Pipefitters Local 23,    4525 Boeing Dr.,
                Rockford IL 61109-2934
8017431        James M. Arnold,    20e Etnyre Avenue,    Oregon, IL  61061
8482254       +James Reeverts,    c/o Plumbers & Pipefitters Local 23,    4525 Boeing Dr,    Rockford IL 61109-2934
8017432       +James S. Reeverts,    9065 Hedge Road,    Byron, IL 61010-9451
10551061      +James T. Sullivan, etc.,    c/o Lewis, Overbeck & Furman, LLP,
                135 S. LaSalle Street, Suite #2300,    Chicago, Illinois 60603-4152
8017433       +Jeffrey L. Bivins,    PO Box 873,    Byron, IL 61010-0873
8017434       +Jeremy J. Mathews,    3733 S. Walnut Road,    Freeport, IL 61032-9534
8482331       +Jeremy Mathews,    c/o Plumbers & Pipefitters Local 23,    4525 Boeing Dr.,
                Rockford Il 61109-2934
8017435       +Johnson Controls, Inc.,    Drawer 242,   Milwaukee, WI 53278-0001
8017436       +Johnstone Supply,    3358 Pyramid Drive,    Rockford, IL 61109-2794
8017437       +Karla Hrlugson,    5901 Linden Road,    Rockford, IL 61109-3516
8017442       +LM Sheetmetal, Inc.,    6727 Elm Avenue,    Loves Park, IL 61111-3817
8017438       +Lamp, Inc.,    460 N. Grove Avenue,    Elgin, IL 60120-3612
8017440        Lennox Industries,    PO Box 910549,    Dallas, TX  75391-0549
8335570       +Lennox Industries Inc.,    c/o D & B/RMS Bankruptcy Services,    POB 5126,
                Timonium, MD 21094-5126
8017441        Liebovich Steel & Aluminum Co.,    75 Remittance Drive,    Suite 1514,   Chicago, IL  60675-1514
8017439       +Lindgren, Callihan, Van Osdol and Co., Ltp,    4949 Harrison Ave Suite 300,    P O Box 5407,
                Rockford, IL 61125-0407
8017443       +Loescher Heating & Air Conditioning,    1860 S. Walnut Avenue,    Freeport, IL 61032-9523
8017444       +MacDonald Construction Services, Inc.,    308 Oak Leaf Road,    Lake in the Hills, IL 60156-1237
8017445       +Mark Verschoore,    1630  19th Avenue,    Moline, IL 61265-4805
8017446       +Matt Pojar,    1512  14th St.,    Bettendorf, IA 52722-3747
8017447       +McDermaid Roofing & Insulating Co.,    1229 Kishwaukee St.,    Rockford, IL 61104-4893
8017448       +Mechanical Contractors Assoc. of America,    1385 Piccarad Drive,    Rockville, MD 20850-4329
8017449       +Mechanical Equipment, Inc.,    1000 Brown St. - Unit 106,    Wauconda, IL 60084-3109
8017450       +Mechanical Insulation Co., Inc.,    PO Box 423,    Kewaunee, IL 61443-0423
8017451        Meilner Mechanical Sales, Inc.,    19 W. College Drive,    Arlington Heights, IL  60004-1954
8017452        Meyer Material Company,    PO Box 511,    McHenry, IL  60051-0511
8482093       +Michael Williams,    c/o Plumbers & Pipefitters Local 23,    4525 Boeing Dr.,
                Rockford IL 61109-2934
8017453       +Michael Williams,    834 Crestview Court,    Rockton, IL 61072-3445
8017454       +Mike Fasula Concrete Construction, Inc.,    7832 Burden Road,    Machesney Park, IL 61115-8201
8017455       +Mike Wethington,    10410 Flagg Road,    Rochelle, IL 61068-8727
8017456        Morgan Tire,    PO Box 550653,    Tampa, FL  33655-0653
8317815       +Motion Industries Inc,    1605 Alton Rd,    Birmingham AL 35210-3770
8017457       +Motion Industries, Inc.,    PO Box 98412,    Chicago, IL 60693-0001
8017460       +NIBCA,    1111 S. Alpine Rd. - Suite 202,    Rockford, IL 61108-3947
8017462       +NICOR - Credit Investigations,    PO Box 549,    Aurora, IL 60507-0549
8286701       +National Pension Fund And International,    Training Fund,    c/o O'Donoghue and O'Donoghue,
                4748 Wisconsin Ave, N.W.,    Washington, DC 20016-4610
8017458        National Waterworks,    PO Box 91036,    Chicago, IL  60693-1036
8017459       +Nextel Communications,    2001 Edmund Halley Drive,    Reston, VA 20191-3421
8017461       +Nicholson Hardware,    PO Box 1718,    Rockford, IL 61110-0218
8017463        North Park Public Water District,    PO Box 966,    Roscoe, IL  61073-0966
8272988       +Northern Illinois Benefit Funds,    c/o Automobile Mechanics' Union 701,
                c/o Rachel S. Marrello   Arnold & Kadjan,    19 W. Jackson,    Chicago, IL 60604-3926
8017464       +Northern Illinois Benefit Funds - Local,    1295 Butterfield Road,    Aurora, IL 60502-8879
8017465       +Office Copy Products,    1920 Daimler Road,    PO Box 5223,    Rockford, IL 61125-0223
8017466        Officemax Credit Plan,    Dept. 58-3600933518,    PO Box 9020,   Des Moines, IA  50368-9020
```

```
District/off: 0752-3          User: cshabez            Page 3 of 4             Date Rcvd: Aug 31, 2007
Case: 04-72134                Form ID: pdf002          Total Served: 205

8017467       +Patrick M. Trollop,    9939 Jesters Row,    Roscoe, IL 61073-9475
8482189       +Paul Geiken,    c/o Plumbers & Pipefitters Local 23,    4525 Boeing Dr,    Rockford IL 61109-2934
8017468       +Paul Geiken,    1913 Devon Court,    Freeport, IL 61032-4643
8017469        Pipefitters Local 597,    45 North Ogden Avenue,    Chicago, IL  60607-1885
8017470       +Piping Industry Council,    4711 44th Avenue - Suite 2,    Rock Island, IL 61201-7190
8482505       +Piping Industry Council of the Rockford Area,    c/o Plumbers & Pipefitters Local 23,
                4525 Boeing Dr,    Rockford IL 61109-2934
8017471       +Plumbers & Pipefitters Local #23,    4525 Boeing Drive,    Rockford, IL 61109-2934
8017472       +Plumbers & Pipefitters Local #25,    4600 46th Avenue,    Rock Island, IL 61201-7143
8482511       +Plumbers & Pipefitters Local 23 UA,    Journeyman & Apprentice Training Fund,
                c/o Plumbers & Pipefitters Local 23,    4525 Boeing Dr,    Rockford IL 61109-2934
8482517       +Plumbers & Pipefitters Local 23 UA Health & Wel,    fare Fund,
                c/o Plumbers & Pipefitters Local 23,    4525 Boeing Dr.,    Rockford IL 61109-2934
8272971       +Plumbers & Pipefitters Local 501,    Automobile Mechanics' Union Local 7,
                c/o Rachel D. Marrello    Arnold & Kadjan,    19 W. Jackson,    Chicago, IL 60604-3926
8017475       +Plumbers Local No. 93,    31855 North US Highway 12,    Volo, IL 60073-9796
8017476       +Plumbers Supply, Inc.,    115 E. South Street,    Freeport, IL 61032-6558
8017474        Plumbers and Pipefitters National Pensio,    PO Box 62031,    Baltimore, MD  21264-2031
8017477       +Porter Pipe and Supply,    35049 Eagle Way,    Chicago, IL 60678-0001
8017478       +Premium Concrete Cutting, Inc.,    PO Box 348,    Wadsworth, IL 60083-0348
8017479       +R.L. Kolbi,    746 Pinecrest,    Prospect Heights, IL 60070-1806
8017480       +Ralph Awender,    2512 W. Fairgrounds Road,    Freeport, IL 61032-9457
8017481       +Randy Garrett,    2002 17th St.,    Rock Island, IL 61201-4357
8482088       +Randy Wulff,    c/o Plumbers & Pipefitters Local 23,    4525 Boeing Dr.,    Rockford IL 61109-2934
8017482       +Reno, Zahm, Folgate, Lindberg & Powell,    2902 McFarland Road,    Suite 400,
                Rockford, IL 61107-6801
8017483        Rental Service Corp.,    PO Box 840514,    Dallas, TX  75284-0514
8017484       +Richard L. Johnson Associates, Inc.,    4703 Charles Street,    Rockford, IL 61108-7943
8482257       +Rick Reavis,    c/o Plumbers & Pipefitters Local 23,    4525 Boeing Dr.,    Rockford IL 61109-2934
8017485       +Rick Reavis,    5233 Frankies,    Roscoe, IL 61073-8339
8017486       +Rite Way Insulation Ltd.,    922 Dundee Avenue,    Elgin, IL 60120-3017
8017487       +Robert R. Wilhelmi,    8041 Hawk Trail Close,    Machesney Park, IL 61115-8255
8482081       +Robert Wilhemi,    c/o Plumbers & Pipefitters Local 23,    4525 Boeing Dr.,
                Rockford IL 61109-2934
8017488        Rock River Water Reclamation,    P.O. Box 6207,    Rockford, IL 61125-1207
8017489       +Rock Valley Culligan,    702 N. Madison Street,    Rockford, IL 61107-3934
8017490       +Rockford Auto Glass,    5401 E. State St.,    Rockford, IL 61108-2902
8017491       +Rockford Industrial Welding,    PO Box 5404,    Rockford, IL 61125-0404
8482520        Rockford Pipe Traders Industry Pension Fund,    c/o Plumbers & Pipefitters Local 23,
                4525 Boeing Dr,    Rockford IL 61109-2934
8482080       +Rockford Pipe Trades Industry 401K Plan,    c/o Plumbers & Pipefitters Local 23,    4525 Boeing Dr.,
                Rockford Il 61109-2934
8017492       +Rockford Refrigeration Supply Co.,    220 N. Water Street,    Rockford, IL 61107-3962
8017493       +Scott Boeke,    2780 South Street,    Scioto Mills, IL 61032-8316
8017494        Seton Identification Products,    PO Box 95904,    Chicago, IL  60694-5904
8017495       +Shadow Trucking, Inc.,    2800 Falund St.,    Rockford, IL 61109-1014
8017496       +Smith Industrial Rubber,    PO Box 5486,    Rockford, IL 61125-0486
8017497        Springmann Sons Corp.,    PO Box 250937,    Milwaukee, WI  53225-6517
8429606       +State of Wisconsin,    Department of Revenue,    POB 8901,    Madison WI 53708-8901
8017498        Steiner Electric Co.,    135 S. LaSalle,    Dept. 2665,    Chicago, IL  60674-2665
8017499       +Stenstrom Escavation & Blacktop Group,    2422 Center St.,    PO Box 5946,
                Rockford, IL 61125-0946
8017500       +Ted's Auto Service,    231 15th Avenue,    Rockford, IL 61104-5157
8017501        Temperature Equipment Corp.,    135 S. LaSalle - Dept. 1778,    Chicago, IL  60674-1778
8017502        Temperature Systems, Inc.,    PO Box 8030,    Madison, WI  53708-8030
8017503       +Test Guage Industries,    39 Industrial Drive - Suite 3,    Gilberts, IL 60136-9672
8017504       +Thompson-Hopps Pump, Inc.,    5619 Pike Road,    Rockford, IL 61111-4710
8017505       +Thybar Corporation,    37913 Eagle Way,    Chicago, IL 60678-0001
8017506        Time Savers, Inc.,    835 Industrial Drive,    Elmhurst, IL  60126-1107
8017507       +Tom Brown,    4852 Crofton,    Rockford, IL 61114-5418
8482378       +Tom Brown,    c/o Plumbers & Pipefitters Local 23,    4525 Boeing Dr.,    Rockford IL 61109-2934
8017508       +Tom Kyarsgaard,    1222 475th Avenue,    Sabula, IA 52070-9200
8017509       +Trane Co.,    PO Box 98167,    Chicago, IL 60693-0001
8017510       +Twin City Supply,    PO Box 6011,    Rockford, IL 61125-1011
8017512       +UPS,    Lockbox 577,    Carol Stream, IL 60132-0001
8017513       +US Cellular 7234,    PO Box 0203,    Palatine, IL 60055-0001
8017511       +Unified Health Services,    PO Box 1000 - Dept. 380,    Memphis, TN 38148-0001
8399581       +United Parcel Service,    c/o D&B/RMS Bankruptcy Services,    POB 4396,    Timonium, MD 21094-4396
8017514       +Valley Furnace Supply,    5070 West State St.,    Milwaukee, WI 53208-2615
8017515       +Vecchio Signs,    518 Walnut Street,    Rockforde, IL 61104-2049
8017516        Victaulic Tool Company,    PO Box 31,    Easton, PA  18044-0031
8017517        W.W. Grainger, Inc.,    Dept. 664-846631026,    Palatine, IL  60038-0001
8440277       +Waste Management,    2421 W. Peoria Ave Ste 110,    Phoenix, AZ 85029-4942
8017518        Waste Management,    PO Box 9001054,    Louisville, KY  40290-1054
8529687       +West Bend Mutual - Division of West,    Bend Mutual Ins Co,    c/o Attorney Bradley A Temple,
                6410 Enterprise Lane #300,    Madison, WI 53719-1143
8017519       +West Bend Mutual Insurance,    1900 South 18th Avenue,    West Bend, WI 53095-9791
8017520        Wisconsin Department of Revenue,    Box 93931,    Milwaukee, WI  53293-0931

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0
```

```
District/off: 0752-3          User: cshabez            Page 4 of 4             Date Rcvd: Aug 31, 2007
Case: 04-72134                Form ID: pdf002          Total Served: 205

               ***** BYPASSED RECIPIENTS (continued) *****

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
8017364*       +Bank One,   6000 E. State St.,    Rockford, IL 61108-2551
8017365*       +Bank One,   6000 E. State Street,    Rockford, IL 61108-2551
8017410*        Ford Credit,    PO Box 219825,    Kansas City, MO 64121-9825
8017415*        GMAC Payment Processing Center,    PO Box 51014,    Carol Stream, IL 60125-1014
8017428*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
                (address filed with court:   Department of the Treasury-Internal Revenue Servic,
                  Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
8017473*       +Plumbers and Pipefitters Local #25,    4600  46th Avenue,    Rock Island, IL 61201-7143
                                                                                            TOTALS: 0, * 7
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2007**                          **Signature:**    _Joseph Speetjens_