**JPMorganChase O**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

December 01, 2007 through December 31, 2007
Primary Account: **000312975113866**

### CUSTOMER SERVICE INFORMATION

Service Center:        **1-800-634-5273**

00016363 DBI 802 24 00208 - NNN  1  000000000  68 0000
04-72134 DOUBLE D MECHANICAL INCDEBTOR
330400 JOSEPH OLSEN TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004



## CONSOLIDATED BALANCE SUMMARY

**ASSETS**

|  | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|
| **Checking** | | |
| Bankruptcy Business Checking 000312975113866 | $3,123.75 | $0.00 |
| **Total** | **$3,123.75** | **$0.00** |
| **Savings** | | |
| Bankruptcy Business Money Market 000312975113865 | 0.00 | 0.00 |
| **Total** | **$0.00** | **$0.00** |
| **TOTAL ASSETS** | **$3,123.75** | **$0.00** |

**All Summary Balances** shown are as of December 31, 2007 unless otherwise stated.  For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.